# UNITED STATES DISTRICT COURT
## NEWARK, NEW JERSEY

Phyllis Atkinson

**PLAINTIFF(S)**

- vs -

North Jersey Developmental

CIVIL NO. 06-5485 (PGS)

DEMAND FOR TRIAL BY JURY

YES ☒    NO ☐
(CHECK ONE BOX ONLY)

## COMPLAINT

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5 (g).

2. Plaintiff(s) resides at  317 E 36th
   Street Address
   
   Paterson, Passaic, NJ
   City        County      State
   
   973-279-8111 - 973-460-0382
   Phone Number

3. Defendant(s) lives at, or its business is located at **169 Minisink Rd**
   Street Address

   **Totowa**, **Passaic**, **N.J.**,
   County         State

   **973-256-1700**.
   Phone Number

4. Please state the address at which you sought employment **Totowa**,
   City

   **Passaic**, **N.J.**
   County    State

5. State as nearly as possible when the discriminatory acts occurred:

   _____, **September**, **04**
   Day              Month         Year

5a. If practice is continuing check the appropriate box:

   _____ YES  _____ (NO)

6. State as nearly as possible when you filed charges with the N.J. Division on Civil Rights regarding defendant's alleged discriminatory conduct:

   **9**, **September**, **2005**
   Day    Month        Year

7. State as nearly as possible when you filed charges with the Equal Employment Opportunity Commission regarding defendants alleged discriminatory conduct: **9**, Day

   **September**, **2005**.
   Month        Year

8. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to Sue letter which was received by you on

   **18**, **August**, **2005**.
   Day    Month    Year

(Note: Please attach Notice-of-Right-to Sue letter to this Complaint)

9. The acts complained by you, in this suit, concern:

   A. _____ Failure to employ you.

   B. _____ Termination of your employment.

   C. _____ Failure to promote you.

   D. ✓ Other acts (please specify) Retaliation Racism Harrassment hostile work environment

10. Defendant's conduct is discriminatory with respect to which of the following:

   A. ✓ Your race

   B. _____ Your Color

   C. _____ Your Sex

   D. _____ Your Religion

   E. _____ Your National Origin

11. A Copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of your claim.

-4-

12. If relief is not granted, plaintiff will be irreparably denied rights secured by the Title VII of the Civil Rights Act of 1964, as amended.

13. Plaintiff(s) has no adequate remedy at law to redress the wrongs described above.

WHEREFORE, Plaintiff(s) prays (check appropriate letter(s) as follows):

A. _____ That all fees, costs or security attendant to this litigation be hereby waived pursuant to affidavit of indigence submitted herewith.

B. _____ That the Court grant such relief as may be appropriate, including injunctive orders, damages and costs.

C. _____ That a trial by jury (is)/is not   hereby demanded by the plantiff.
(Circle one)

SIGNATURE OF PLAINTIFF

EEOC Form 161 (3/98)                **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Phyllis Atkinson<br>317 E. 30th Street<br>Paterson, NJ 07504 | From: | Newark Area Office - 524<br>1 Newark Center<br>21st Floor<br>Newark, NJ 07102 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 171-2005-01365 | Jose G. Rosenberg,<br>Supervisory Investigator | (973) 645-6021 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*
Corrado Gigante,
Director

AUG 18 2006
(Date Mailed)

Enclosures(s)

cc:   **STATE OF NEW JERSEY**
      **Office of the Attorney General**
      Gerard Hughes, Deputy Attorney General
      25 Market Street
      PO Box 112
      Trenton, NJ 08625

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>171-2005-01365 |
|---|---|---|

New Jersey Division On Civil Rights                                  and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Phyllis Atkinson | Home Phone No. (Incl Area Code)<br>(973) 279-8111 | Date of Birth<br>08-17-1956 |
|---|---|---|

Street Address: 317 E. 30th Street, Paterson, NJ 07504

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**NORTH JERSEY DEVELOPMENTAL CENTER** | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(973) 256-1700 |
|---|---|---|

Street Address: 169 Minisink Road, Totowa, NJ 07511

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-14-2005   Latest: 06-01-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed with the above named employer since August 12, 1980. I was hired as an Assistant Human Services. My official title is Principal Clerk Transcriber. I am currently on sick leave because of the harassment and terms & conditions of employment that I have been subjected to.

Beginning on or around 2004, when Carol Wolke, Assistant Director of Nursing (ADON) became my immediate supervisor until a replacement was hired for my former supervisor, my working environment changed to a hostile environment. I have been harassed and threatened by Ms. Wolke. I have complained about the treatment from Ms. Wolke but no action is taken.

In September 2004, Ms. Wolke reduced my PAR rating but increased the PAR of my White counterpart(s). In December 2004, I was threatened when Ms. Wolke stated, ""I'll fix you; I'll get you one way or another". I have been denied time off that had been submitted far in advance. On February 14, 2005, I received a RED A, allegedly because I did not call/show for work. I filed a grievance which was acted upon and the charges were dismissed. I went out of work on sick leave from March 2005, until June 1, 2005. When I returned, all of my job duties/responsibilities were taken from me.

I believe that I have been discriminated against because of my race (Black), and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

Sep 09, 2005
Date / Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 9 September 2005

# DISCRIMINATION COMPLAINT PROCESSING FORM

NEW JERSEY DEPARTMENT OF PERSONNEL

**INSTRUCTIONS:** To be filed with the Affirmative Action Officer or authorized designee for the State department / agency where you work or applied for employment.

**Read reverse side before completing form.**

1. Name: PHYLLIS ATKINSON
2. Social Security Number: 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
3. Telephone (work): X4146  973-256-1700
4. Job Title: PRINCIPAL CLERK TRAN
5. Department: NURSING
6. Telephone (Home): 973-279-8111 (H)  973-460-0382 (C)
7. Home Address:

8. Exact date(s) of discriminatory action(s): 11/04, 12/04, 4/04

9. Basis of Discrimination:
- [x] Race
- [ ] Religion
- [ ] Ancestry
- [ ] Reprisal (from having filed a discrimination complaint)
- [ ] Color
- [ ] Creed
- [ ] Disability
- [ ] Sex
- [ ] Age
- [ ] Sexual Harassment
- [ ] National Origin
- [ ] Marital status
- [ ] Affectional/Sexual Orientation

10. Explain why you feel you have been discriminated against (include the name and title of person(s) you believe discriminated against you)

**YOU HAVE THE BURDEN OF PROVING YOUR CHARGE OF DISCRIMINATION:**

ARTICLE 2
A. NON-DISCRIMINATION
see attached

11. Appellant's Signature: *[signature]*   Date: 3/29/05

- [ ] ADDITIONAL SHEETS ATTACHED

12. Have you filed a discrimination complaint with the
- N.J. Division on Civil Rights?  [ ] YES  [x] NO
- U.S. Equal Employment Opportunity Commission?  [ ] YES  [x] NO

13. Have you filed a grievance on the issues / personnel actions described?  [x] YES  [ ] NO

**DO NOT WRITE BELOW THIS LINE**

AA Officer Signature: _____   Date Received: _____

DPF-481 Revised 10-23-96/P:/forms

DISTRIBUTION: Original WHITE copy for AA Officer, or authorized designee YELLOW for EEO/AA, PINK for Complainant

**NEW JERSEY DEPARTMENT OF PERSONNEL**

Shaping a quality workforce through competence, caring and commitment.

Christine Todd Whitman, Governor    Linda M. Anselmini, Commissi