UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHYLLIS ATKINSON, | Civil Action No. 06-cv-5485 (PGS) |
| Plaintiff, | |
| v. | **ORDER** |
| NORTH JERSEY DEVELOPMENTAL | |
| Defendants. | |

This matter comes before the Court on Defendant's motion to dismiss and motion for a more definite statement. Upon consideration of the parties' submissions, for the reasons set forth on the record, and for good cause having been shown,

IT IS on this 22nd day of April, 2008;

**ORDERED** that Defendant's motion to dismiss is granted, and Plaintiff's complaint is dismissed without prejudice; it is further

**ORDERED** that Plaintiff may file an amended complaint by May 21, 2008.

April 22, 2008                                             PETER G. SHERIDAN, U.S.D.J.