# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Phyllis Atkinson            :     CIVIL 06 - 5485 (PGS)
                            :
    v.                      :
                            :     ORDER
North Jersey Developmental  :
                            :

It is on this 22nd, day of May 2008,

ORDERED that this matter be restored to active court docket.

_____
PETER G. SHERIDAN, U.S.D.J.