ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants
   North Jersey Developmental Center and
   Carole Wolke

By:   Noreen P. Kemether (NPK 9583)
      Deputy Attorney General
      (609) 633-8399
      noreen.kemether@dol.lps.state.nj.us

6/6/08

*Time to Extend of this within 20 days of order So Ordered*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| PHYLLIS ATKINSON, | HONORABLE PETER G. SHERIDAN |
| | United States District Judge |
| Plaintiff, | |
| | Civil Action No. 06-5485 (PGS) |
| v. | |
| | **Civil Action** |
| NORTH JERSEY DEVELOPMENTAL CENTER and CAROLE WOLKE, | **APPLICATION FOR A CLERK'S ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT** |
| Defendants. | |

Application is hereby made for a Clerk's Order extending time within which Defendants North Jersey Developmental Center and Carole Wolke (hereinafter "Defendants"), may answer, move or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on Defendants on May 21, 2008;

3. Time to answer, move or otherwise reply expires on June 5, 2008.

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendants

By:   s/Noreen P. Kemether (NPK 9583)
      Noreen P. Kemether
DATE: May 22, 2008       Deputy Attorney General

The above application is ORDERED GRANTED and the time within which Defendants North Jersey Developmental Center and Carole Wolke shall answer, move or otherwise reply is extended to _____ .

WILLIAM T. WALSH, CLERK

By:_____

Deputy Clerk