PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendant,
  North Jersey Developmental Center

By:    David Yi
       Deputy Attorney General
       (609) 292-9989
       david.yi@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| PHYLLIS ATKINSON, | : | HONORABLE PETER G. SHERIDAN |
| | : | United States District Judge |
| Plaintiff, | : | |
| | : | Civil Action No. 06-5485 (PGS) |
| v. | : | |
| | : | |
| NORTH JERSEY DEVELOPMENTAL CENTER, | : | <u>Civil Action</u> |
| | : | |
| | : | **NOTICE OF DEFENDANT'S MOTION** |
| Defendant | : | **FOR SUMMARY JUDGMENT** |
| | : | |
| | : | |

  PLEASE TAKE NOTICE that on July 6, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned Paula T. Dow, Attorney General of New Jersey, by David Yi, Deputy Attorney General, on behalf of Defendant North Jersey Developmental Center shall move before the shall move before the Honorable Peter G. Sheridan, U.S.D.J., in the United States District Courthouse, Newark, New Jersey, for an Order granting summary judgment pursuant to <u>R.</u> 56 and dismissing the Complaint, in its entirety, with prejudice.

  PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the Statement of

Material Facts, Brief in Support of Motion, Affidavit of David Yi and attached Exhibits in support of the motion, being filed simultaneously with this Notice of Motion.

 It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed.R.Civ.P. 78.

 A proposed form of Order is attached hereto.

        PAULA T. DOW
        ATTORNEY GENERAL OF NEW JERSEY

     By: s/David Yi
       David Yi
       Deputy Attorney General

Dated: May 21, 2010