# EXHIBIT 4



## NORTH JERSEY DEVELOPMENTAL CENTER

### WORKPLACE VIOLENCE REPORT SUMMARY

**I.  Type of Incident:**
- ☐  Physical
- ☐  Verbal
- ☐  Property Damage
- ☐  Other

**II.  Location of Incident:** Health Care Center

**III.  Involved Parties:** Phyllis Atkinson and Carole Wolke

**IV.  Brief Summary of Incident:** On March 2, 2005 this writer was notified by Andrew Sarchio, Human Resource Manager, of a situation that may rise to the level of Workplace Violence and/or Hostile Work environment. Mr. Sarchio indicated that he was currently sitting with Ms. Roxanne Lotts, DON, who was expressing some concerns about this situation. Mr. Sarchio indicated that he was referring this situation to my attention. The incident involves several encounter based on the documentation of Ms. Phyllis Atkinson to Roxanne Lotts expressing her concerns about the nature of her relationship with Ms. Carole Wolke, ADON. The documents in question are three memos dated September 28, 2004, December 1, 2004 and February 27, 2005. Ms. Atkinson unjust treatment from Ms. Wolke as it relates to her performance evaluation, obvious favoritism, being threatened and harassed in the presence of others and being unfairly disciplined for a Red "A" day based on miscommunication.

**V.  Summary of Statements and Interviews:** This writer was only able to interview Ms. Wolke and Ms. Lotts, Ms. Atkinson has been out on a sick leave since this incident was brought to the attention of this office. This writer also attempted to reach out to two staff that were reported to be in the area at the time of at least one of the exchange between Ms. Atkinson and Ms. Wolke. Upon notification of this situation this writer requested any documentation from Mrs. Lotts office that spoke to the situations described in the three memos.

On March 31, 2005 this writer and Angela Palmeri met with Mrs. Wolke and Mrs. Lotts. This writer explained the reason for this meeting and the nature of the complaint that the Center was responding to. Mrs. Loots indicated that from a supervisor perspective when each of these situations was brought to her attention she did attempt to address the issues, however she was not always successful due to postponement of meeting due to sick calls and vacations. Mrs. Lotts indicated that she did have the perception after the meeting that the issues were adequately addressed. Mrs. Lotts also indicated that she has offered Ms. Atkinson the opportunity to transfer to another area on campus if she was so unhappy with her current work situation. Mrs. Lotts indicated in her effort to resolve this situation she attempted to arrange a meeting with Ms. Atkinson and her Union President, however these were failed attempts due to scheduling difficulties. Mrs. Lotts indicated that she was involved in the last incident which was

DEFENDANT'S EXHIBIT 4

brought to her attention as a Red "A" day due to Ms. Atkinson late call, (which is currently in dispute), she attempted to follow-through on this issue by serving Ms. Atkinson with a written warning. Mrs. Lotts report that she was then advised to remove this from Ms. Atkinson's records due to some of the confusion around communication and approved time off. Mrs. Lotts did indicate in this interview that Ms. Atkinson's attendance and tardiness has been a chronic issue in the department, she indicated that she has made several adjustment in her time as a means of trying to address Ms. Atkinson's chronic lateness. This writer requested a timeline from Mrs. Lotts as it relates to actions taken at the time that these issues were brought to her attention. Mrs. Lotts did provide this information to this writer on Monday April 4, 2005.

In talking to Mrs. Wolke she does agree that there has been on-going friction between her and Ms. Atkinson. Mrs. Wolke indicated that the friction was more profound after Mrs. Wolke took over the supervision of Ms. Atkinson after her previous supervisor left the department with very little advanced notice. Mrs. Wolke indicated that she did not agree with the previous PAR rating and was very uncomfortable rating Ms. Atkinson her previous rating. The actual PAR rating was a focus of concern that was ultimately brought to Mrs. Lotts attention as the Reviewer a meeting was arranged and Ms. Atkinson did sign-off on her PAR as agreeing. Mrs. Wolke did admit to having an exchange with Ms. Atkinson about her (Ms. Atkinson) referring to Mrs. Wolke as a "racist". This conversation took place in the Health Care Center in the presence of two other employees, Mrs. Judy Hernandez and Mr. Allen Tan. This writer was unable to interview the above identified employees due to scheduling conflict and the need to complete this report. Mrs. Wolke indicated that Ms. Atkinson has been a difficult employee historically, she reported on the time of the Red "A" day Ms. Atkinson abruptly came into her office and asked during a staff meeting without excusing herself and proceeded to ask Mrs. Wolke to sign- her out as she was going to the Administration building and would not be returning to the Health Care Center. Mrs. Wolke indicated that she did not choose to address Ms. Atkinson's request at that moment because she did not want to get into a full blown exchange. Mrs. Wolke indicated that Ms. Atkinson's allegation of favoritism was directly related to the Informed Consent Coordinator, who was provide with a computer and office furniture to enable her to do her new assignment. The Informed Consent Coordinator is a Nurse; Ms. Atkinson does handle some medical consent, so the perception was that her value to the department was minimized by this new title. Mrs. Wolke does admit that over the years her relationship with Ms. Atkinson has been trouble at times but there have also been times of mutual understanding. This writer requested Mrs. Wolke to review the communications in question and provide a statement on her position as it relates to the allegations stated in these communications and her recollection of any meetings that occurred as a result of Ms. Atkinson memos or concerns. This statement was to be submitted to this office by April 4, 2005, to date the requested documentation was not forwarded to this office. This writer e-mail Mrs. Wolke to remind her of her commitment, and Mrs. Lotts was also verbally informed that Mrs. Wolke has not submitted this document for this review.

This writer was unable to interview Ms. Atkinson as she has been out on a Sick Leave.

This report is incomplete due to the absence of the interview of Ms. Atkinson, the statements from the witnesses and Mrs. Wolke's statement, but it appears that based on the information present there is some ground for a hostile work environment claim. This review does reveal some mismanagement of a brewing situation.

VI.    **Interventions Taken:**

        o   Once the Center Human Resource Manager Andrew Sarchio was made aware of this situation on March 2, 2005, the Center's internal system was put into effect.

        o   Ms. Atkinson was referred to EAS

        o   An effort to ensure that both parties are separated was not necessary due to Ms. Atkinson's Sick Leave.

o   Effort to secure interviews and statement from all involved parties was attempted.

**I.   Recommendations:**

- o   Mrs. Wolke should be referred to EAS.
- o   Upon return Ms. Atkinson should be referred again to EAS.
- o   Mrs. Wolke could benefit from some additional supervisory training on PAR/PES conference review.
- o   Mrs. Wolke could benefit from some additional supervisory training on conflict resolution.
- o   This writer will seek the advice of Employee Relations Office about contacting Ms. Atkinson Union Rep. to inform her that her concerns are being addressed by the Center.
- o   Upon the return of Ms. Atkinson both parties will be separated until this issue has been resolved, Supervision of Ms. Atkinson will be assigned to another member of the department.
- o   Ms. Atkinson will be interviewed at the point of her return back to the work site.
- o   CEO to distribute a protocol on Responding to Workplace Violence/Discrimination to manager and supervisors.

VIII.   **Report Submitted by:** Marcia Parchment, PA

IX.   **Date of Report:** April 8, 2005

# EXHIBIT 5

STATEMENT OF:    Carole Wolke
TAKEN BY:        Ed McCabe
TAKEN AT:        North Jersey Developmental Center
DATE:            June 7, 2005
WITNESS:

Q.    I am Ed McCabe from the Department of Human Services (DHS) Equal Employment

Opportunity (EEO) Office and I am investigating allegations of employment

discrimination. You are being interviewed as the respondent (accused) in this

investigation. As such:

1.    You are required to answer all questions truthfully;

2.    Your responses will be kept confidential to the degree the law allows;

3.    You are required to maintain the confidentiality of this interview and details of this

investigation unless ordered otherwise by competent authority;

4.    You are prohibited from retaliating against anyone involved in this investigation.

Do you understand?

A.    Yes.

Q.    What is your full name?
A.    Carole Wolke

Q.    What is your current mailing address?
A.    ████████████████████████████

Q.    What is your e-mail address?
A.    carole.wolke@dhs.state.nj.us

Q.    What is your race, age, and gender?
A.    white, 50, female

Q.    Where do you work now?
A.    Health Care Center

Q.    What is your current work status?
A.    Active

Q.    What is your work title?
A.    Assistant Director of Nursing Services

Q.    Do you currently work with Phylis Atkinson? (cw)
A.    Indirectly. Her PES is done by ~~Ms. Lotts.~~ Mike Buonazurio CRN

ATKINSON EEO 152

DEFENDANT'S
EXHIBIT
5
10-28-09



Q. What supervisory relationship is there between you and Ms. Atkinson, if any?
A. The Head Nurse is her direct supervisor.  I supervise the Head Nurse.

Q. What was it in March 2004?
A. The Head Nurse quit suddenly and I had to take responsibility for her temporarily.

Q. Ms. Atkinson alleged that you unfairly rated her on her March 2004 PAR.  What were the circumstances?
A. I dropped her from a 27 to a 24.  She failed to enter data in the computer about client status.  When I reported this to the Director of Nursing, she said I should mention it on her PAR.  She was given various options for entering the data but refused unless she was given overtime.  After she spoke with Ms. Lotts and me she signed the PAR.

Q. Has she since started entering the data?
A. No.

Q. Does anyone else have the responsibility for entering that data?
A. No.

Q. Ms. Atkinson complained about Ms. Corrado receiving different treatment.  What happened?
A. Ms. Corrado was an LPN who was assigned by Mr. Werkhauser, the CEO, to be the informed consent coordinator.  He had her set up with an office and a computer.  Her job was different from Ms. Atkinson's and I had nothing to do with it.

Q. She complained about not receiving her vacation request back with an approval or disapproval in March 2004.  What happened?
A. I may not have given it back.  However, I never denied her any vacation.  If an employee doesn't get the request back, it is assumed that it is approved.  The issue of Thanksgiving is hard to understand because secretaries don't work holidays and would automatically have it off.

Q. Did you ever say to others that she would not come back to work at the Health Care Center if you have anything to do with it?
A. No.

Q. Why was Ms. Atkinson given a "Red A?"
A. That is a day off without pay for attendance problems.  I was told to do it by Ms. Lotts, the Director of Nursing.

Q. Did you say, "I will fix you" to her?
A. Never.

Q. Is there anything you would like to add?

ATKINSON EEO 153

A.  Phylis came into a meeting improperly with mail and asked me to sign her out at 6:30 when it was only 5:00. I didn't answer her. She left the sign out blank on her time sheet. Later she accused ~~me of ordering her to falsify the time sheet~~ until other people at the meeting said I didn't say anything like that. Judy Hernandez and Mirielle Fanor were at the meeting. Also, about her not getting a desk, Ms. Corrado got a desk and then Ms. Atkinson got a desk. They all got desks.

I have reviewed this statement and made corrections and additions as I saw fit. The foregoing is the truth and it is all I know about this incident. Also, I understand that this is a confidential investigation and the contents of this interview are not to be shared with anyone without proper authorization. I also understand that any form of retaliation is strictly prohibited.

INTERVIEWEE: _Carole Atkinson_

INTERVIEWER: _E. M. McCabe_

DATE: _6/7/05_          WEINGARTEN REP: _____

---

_Phyllis actually said to Roxanne Lotts Don that I said "OK" when she asked me to falsify the time record. When Roxanne Lotts Don investigated and found out that I did not respond to Phyllis she (Roxanne) confronted Phyllis on this and Phyllis just ignored the fact that she was caught lying and said to Roxanne "Well she's the ADW and if it is so wrong she should have told me right then and there"_  (ca)

ATKINSON EEO 154

# EXHIBIT 6

STATEMENT OF:   Roxanne Boseman-Lotts
TAKEN BY:     Ed McCabe
TAKEN AT:     North Jersey Developmental Center
DATE:        June 14, 2005

Q.    I am Ed McCabe from the Department of Human Services (DHS) Equal
Employment Opportunity (EEO) Office and I am investigating allegations of
employment discrimination against Carole Wolke. You are being interviewed as
a witness in this investigation. As such:

1.    You are required to answer all questions truthfully;
2.    Your responses will be kept confidential to the degree the law allows;
3.    You are required to maintain the confidentiality of this interview and details of
this investigation unless ordered otherwise by competent authority;
4.    You are protected by law from retaliation. If you think you are the victim of
retaliation, please contact the North Regional Office of EEO at 973.648.3237.
This office is located at 153 Halsey Street, 7th floor, Newark, NJ 07102;
5.    You are prohibited from retaliating against anyone involved in this
investigation.

Do you understand?

A.    Yes.

Q.    What is your full name?
A.    Roxanne Boseman-Lotts

Q.    Where do you work now?
A.    Health Care Center

Q.    What is your job title?
A.    Director of Nursing Services

Q.    What is your work and home e-mail address, if any?
A.    rlott@dhs.state.nj.us

Q.    Did you work with Phylis Atkinson and Carole Wolke?
A.    Yes.

Q.    Did you witness anything that appeared to be discriminatory on the part of Ms.
Wolke toward Ms. Atkinson?
A.    No.

Q.    Was there a problem with her not getting a desk while a white employee did?
A.    Everyone was put in for getting new desks. A new job title came out for a HIPAA
Officer, which required new office space and furniture. I selected Ms. Corrado for

1

ATKINSON EEO 155



the job because she was the best qualified. Phylis never even applied for the job. Phylis did one part of the consent and that was now given to Ms. Corrado. With Ms. Corrado there was an urgent need for the furniture and she got it first. Phylis and everyone downstairs got their new furniture and computers eventually.

Q. Was Phylis told why her PAR was reduced?
A. She was told about her failing to enter data.

Q. What happened with the Red A?
A. Phylis was chronically late for years. Memos were sent to her about it and she was told to come in on time. One day she was given a Red A for not calling in when she was late. However, after she complained, we decided to remove it. In my heart, I still think it was legitimate.

Q. Do you remember a time when she was denied the Monday after Thanksgiving off?
A. I don't remember an incident like that.

Q. Is there anything you would like to add?
A. No.

I have reviewed this statement and made corrections and additions as I saw fit. The foregoing is the truth and it is all I know about this incident. I understand this is a confidential investigation and I am not to reveal any of its details without authorization. I also understand that any form of retaliation is prohibited.

INTERVIEWEE: _Roxanne Boseman. Lou_

INTERVIEWER: _E. M. McEre_

DATE: _6/14/05_

2

# EXHIBIT 7

Activ. Model # A90651

Rating Cycle Ending 2002

### Performance Assessment Review
### Work Standards Checklist Model
### New Jersey Department of Human Services
### North Jersey Developmental Center Form

Employee Name: *Phyllis Atkinson*   Title: Principle Clerk Transcriber

Rating Period: March 1, 200 **1** – February 28, 200 **2**

SSN: *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*   Dept/Agency – Location: DHS/DDD–North Jersey Developmental Center
*Nursing / Hcc*

## Section 1 - Job Expectations and Evaluation

| Major Goals of the Unit/Work Group | Basic Ratee Assignment |
|---|---|
| 1. To ensure a continuous comprehensive and prompt response to physical issues and service which effect and enhance the overall environmental of the clients we provide for. | 1. To perform all duties involved.  Ensure optimal level of service for SPd clients @ NJDC. |

Please check ( √ ) One:  [ ] Title Change  [√] Change in Supervisor  [ ] Revised  [ ] New Hire

I have reviewed this package and have had a face-to-face meeting with my supervisor to discuss the Major Goals of the Unit, Basic Ratee Assignment, Major Job Responsibilities, Essential Criteria, Point Accumulation Methodology, and the Point Conversion to the Overall Rating by which I will be rated.  This meeting was held on

Ratee Comments

My signature indicates that I have been advised of these PAR elements.

Ratee _____

Date *6/8/01*

I ___✓___ Agree _____ Disagree with the elements of this PAR.

My signature indicates that the Ratee's positions have been noted.

Rater *Yuenore Bivins Rn*

Date *5/7/01   6/8/01*

My signature indicates that the Ratee's positions have been noted.

Reviewer *Carole Noeller MDo N*

Date *6/8/01*

*Rating Cycle Ending 2002*

*Active Model #* _____A90031_____

## Performance Assessment Review
## Work Standard Checklist Model
## New Jersey Department of Human Services
## North Jersey Developmental Center

Employee Name: *Atkinson Phyllis*  Title: *Principle Clerk Typist Writer*  Rating Period: March 1, *2001* - February 28, *2002*

SSN: *157 74 6131*  Dept/Agency • Location: *DDD/DHS/NJDC Nog HCC*

## Section 1 - Job Expectations and Evaluation  (Continued)

### Interim Evaluation

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has<br>been completed at the commendable level | (1)<br>Achieved No<br>Essential<br>Criteria | (2)<br>Achieved<br>Essential<br>Criteria | (3)<br>Significantly<br>Exceeded<br>Essential<br>Criteria |
|---|---|---|---|---|
| 1. Daily Timekeeping PRN. Medical weekly schedules/trips | Insures that daily timekeeping records are maintained and submitted in accordance with existing Division procedures. | 300 | 300 | 300 |
| 2. Filing | Prepares files and submissions in accordance with the needs of the Department. Updates in compliance with Records Retention schedule. | 303 | 303 | 303 |
| 3. Security | Insures safekeeping of materials and other office supplies. Locks essential items as warranted. Reports damaged or missing items as necessary. | 306 | 306 | 306 |
| 4. Purchases/Inventory PRN | Prepares, submits, and receives purchase requisitions and materials in accordance with established Center procedures. Provides follow through and inventory receipt accountability. Implements appropriate reorder controls for office supplies. | 309 | 309 | 309 |
| 5. Manuals and Reports. Internal and External consents. | Enters, revises and updates policies and manuals timely and as required. Produces reports for overtime hours expended, and prepares statistics for Monthly Highlight submission. | 312 | 312 | 312 |
| 6. Telephone/Direction | Maintains assignment focus. Follows direction both written and oral. Accepts responsibility for follow through and required notifications. Provide prompt response to phone emergencies and requests. | 315 | 315 | 315 |
| 7. Ensures timely completion of Medical trips. | Priority/emergency medical appointments (consult) within one month. Routine medical appointments/consults within three months. | 318 | 318 | 318 |
| 8. Provides Customer Service by identifying and meeting customer needs (internal & external. | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; seeks customer feedback and expression of satisfaction with work product. | 344 | 344 | 344 |

**Performance Assessment Review**
**Work Standard Checklist Model**
**New Jersey Department of Human Services**
**North Jersey Developmental Center**

| Employee Name: Phyllis Atkinson | Title: Principle Clerk Transcribing | Rating Period: March 1, 2001 - February 28, 2002 |
|---|---|---|
| SSN: NT JC 6131 | Dept/Agency - Location: DDD/DHS/NJDC    Nog HCC | |

## Section 1 - Job Expectations and Evaluation   (Continued)

### Interim Evaluation

| Major Job Responsibilities | Essential Criteria Statement of conditions that exist when a job has been completed at the commendable level. | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 9. Effectively Communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions. Asks appropriate questions and involves the listener. Seeks clarification and affirms understanding in verbal exchanges. Uses appropriate non-verbal communication. Formal presentations are organized; have appropriate detail and are completed within established timeframes. Written communication contains appropriate grammar, is well organized and completed within established timeframes. Generally intended audience understands main points. | 347 | 347 | 347 |
| 10. Exercises Teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting essential objectives. Responsibly accomplishes work assignments within established timeframes in support of team objectives. Effectively cooperates with and contributes to help meet established team results. Works to encourage good performance from others. | 368 | 368 | 365 |
| Total Checks | (Total Number of Checks in Each Column) | ✓ | ✓ | ✓ |
| Check Value | (Multiply Total of Column Checks by Designated Number in Column) | X 1 | X 2 | X 3 |
| Points Accumulated | (Record Results of Column Multiplication) | | | |
| Total Points Accumulated | (Total All Points Across All Columns) | | | |

RECEIVED
DIVISION DIRECTOR'S OFFICE
N.J.D.C.
10 NOV 11 AM 8:31

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

| Employee Name: _Phyllis Atkinson_ | Title: _PCT_ | Rating Period: March 1, _01_ - February 28, _02_ |
|---|---|---|
| SSN: _157 JK 0131_ | Dept/Agency - Location: _DOO/DHS / NJDC HCH_ | |

## Section 3 - Justification Sheet and Development Plan - Interim

_Ms Atkinson has the responsibility_
_of making and arranging along with_

**Justification for Interim Evaluation** 700 _coordinating paperwork and trans-_ Interim Rating _to_
_portation for NJDC clients. She informs and prepares the calendar to_
_relay information to DCS and nursing staff involved_
_to insure_

600

2

### Interim Development Plan _a smooth transfer from NJDC_
_to numbers._

| Specific Area(s) Identified for Development | Specific Action to be Taken by Ratee |
|---|---|
| 705 (1) Work in conjunction with nursery cottage staff to improve and assist in information endorsement to schedule consultations in timely fashion. (2) Prepare necessary paperwork for outside trips on arranged date. | (1) Consult with cottage nursing staff or unit supervisor to gather necessary information on clients. (2) Gather consults med info guardianship consents FO3P etc at least 48° - 72° in advance. |

| | |
|---|---|
| I have reviewed Sections 1, 2 and 3 of this package and have had a face-to-face meeting with my supervisor to discuss the Interim Rating, Justification and next Plan. This meeting was held on _8/14/01_ (Date). 710 <br><br> My signature indicates that I have been advised of these PAR elements. <br><br> Ratee _Phyl C Atkins_ 715 <br><br> Date _____ 720 <br><br> I _✓_ Agree _____ Disagree with the Interim Rating. 725 <br> I _✓_ Agree _____ Disagree with the Justification. 730 <br> I _✓_ Agree _____ Disagree with the Development Plan. 735 | Ratee Comments 760 <br><br><br><br><br><br><br> _(Use Additional Sheets as Necessary)_ |

| | |
|---|---|
| My signature indicates that the Ratee's positions have been noted. <br><br> Rater _Yvonne Bruins_ 740 <br><br> Date _8/14/01_ 745 <br><br> Rater's Social Security # ████████ | My signature indicates that the Ratee's positions have been noted. <br><br> Reviewer _Carole Walker ADON_ 750 <br><br> Date _8/14/01_ 755 |

Active Model # _A90651_

**Performance Assessment Checklist Model**
**Work Standard Checklist Model**
New Jersey Department of Human Services
North Jersey Developmental Center

Rating Period: March 1, 2008 – February 28, 2009

Employee Name: Phyllis Atkinson   Title:  PCT

Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

SSN:  N7 J4  61 31

## Section 1 - Job Expectations and Evaluation   (Continued)

### Interim Evaluation

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level. | (1)<br>Achieved No Essential Criteria | (2)<br>Achieved Essential Criteria | (3)<br>Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 1.  Daily Timekeeping Duties | Manually records daily timekeeping records in accordance with existing Division procedures and prepares new timesheets as directed. | 300 | 300 ✓ | 300 |
| 2.  Filing | File to be inserted appropriately in accordance with the needs of the Department. Updates in compliance with Records Retention and deletion schedule as directed.  Assembles new binders as directed. | 303 | 303 ✓ | 303 |
| 3.  Security | Insures safekeeping of office supplies and records.  Locks essential items as warranted.  Reports damaged or missing items as necessary.  Maintains confidentiality of all information learned. | 306 | 306 ✓ | 306 |
| 4.  Purchase Order | Types purchase requisitions for materials in accordance with established Center procedures.  Picks up mail daily. | 309 | 309 ✓ | 309 |
| 5.  Manuals and Reports | Enters policies and manuals timely and as required.  Do copies of forms and client records as directed. | 312 | 312 ✓ | 312 |
| 6.  Telephone/Direction | Maintains assignment focus.  Follows direction both written and oral.  Accepts responsibility for follow through and required notifications.  Provides prompt response to phone emergencies and requests. | 315 | 315 ✓ | 315 |
| 7.  Maintains Essential Employee/Client Records | Maintains and files employee/clients records in chronological order.  Types and files PAR's and other documents as directed. | 318 | 318 ✓ | 311 |
| 8.  Provides Customer Service by identifying and meeting customer needs (internal & external). | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; seeks customer feedback and expression of satisfaction with work product. | 344 | 344 ✓ | 34 |

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

*ve Model # __A90031__*

Rating Period:  March 1, 2000 – February 28, 2001

Employee Name: Phyllis Atkinson        Title:  PCT

Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

SSN:  107 54 0131

## Section 1 - Job Expectations and Evaluation  (Continued)

### Interim Evaluation

| Major Job Responsibilities | Essential Criteria Statement of conditions that exist when a job has been completed at the commendable level. | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 9. Effectively Communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions.  Asks appropriate questions and involves the listener.  Seeks clarification and affirms understanding in verbal exchanges.  Uses appropriate non-verbal communication.  Formal presentations are organized, have appropriate detail and are completed within established timeframes.  Written communication contains appropriate grammar, is well organized and completed within established timeframes.  Generally intended audience understands main points. | 347 | 347 | 347 ✓ |
| 10. Exercises Teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting essential objectives.  Responsibly accomplishes work assignments within established timeframes in support of team objectives.  Effectively cooperates with and contributes to help meet established team results.  Works to encourage good performance from others. | 368 | 368 | 365 ✓ |
| **Total Checks** | (Total Number of Checks in Each Column) | ✓ | 8 ✓ | 2 ✓ |
| **Check Value** | (Multiply Total of Column Checks by Designated Number in Column) | X 1 | X 2 | X 3 |
| | | | 16 | 6 |
| **Points Accumulated** | (Record Results of Column Multiplication) | | | 600 22 |
| **Total Points Accumulated** | (Total All Points Across All Columns) | | | |

ATKINSON PERS. 97

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

Employee Name: *Phyllis Atkinson*   Title: *PCT*

Rating Period: March 1 2001 - February 28, 2002

SSN: *157 54 6131*   Dept/Agency - Location: *DDD / DHS / NJDC*

655
2

## Section 4 - Justification Sheet and Development Plan – Final

*Phyllis Atkinson*
*is responsible for coordinating all off campus*

Justification for Final Evaluation 800   *medical trips for NJDC clients. She prepares the*
*medical calendar and acts as a*

**Final Rating**

*liason between NJDC The outside medical consults*
*and practices family members in a timely & timely*

## Final Development Plan

*and a consistent effect*

| Specific Area(s) Identified for Development | Specific Action to be Taken by Ratee |
|---|---|
| 805 (1) *Make appts for outside medical consults in timely fashion, Prepare paperwork* | (1) *Record date when received (consults) inform cottage nurse of needed test or consents to be signed* |
| (2) *Prepare paperwork for Off Campus trips in timely fashion* | (2) *Prepare FD34 Med sheets data sheet when appt is made* |
| (3) *Update campus data Sheets into the Computer* | (3) *Add or delete clients in Computer within 1st quarter of year* |

reviewed Sections 1, 2 and 4 of this package and have had a face-to-face
ng with my supervisor to discuss the Final Rating, Justification and
evelopment Plan. This meeting was held on
*2/28/02*   (Date). 810

**Ratee Comments** 360

My signature indicates that I have been advised of these PAR elements.

Ratee _____ 815

Date *2 28 02* 820

I *PA* Agree _____ Disagree _____ with the Final Rating. 825
I *PA* Agree _____ Disagree _____ with the Justification. 830
I *PA* Agree _____ Disagree _____ with the Development Plan. 835

*(Use Additional Sheets as Necessary)*

My signature indicates that the Ratee's positions have been noted.

Rater *Yvonne Burress R.* 840

Date *2/27/02* 845

Rater's Social Security # ████████████

My signature indicates that the Ratee's positions have been noted.

Reviewer *Carole Mullay* 850

Date *3/19/0?* 855


DEFENDANT'S EXHIBIT

Performance Assessment Review
Work Standards Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center Form

| | | |
|---|---|---|
| Employee Name: *Phyllis Atkinson* | Title: *PCA* | Rating Period: *3/1/01 — 2/28/02* |
| SSN: *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* | Dept/Agency – Location: *DDD/DHS/NJDC* | |

Section 1 - Job Expectations and Evaluation   (Continued)

Final ~~Interim~~

| Major Job Responsibilities | Essential Criteria  Statement of conditions that exist when a job has been completed at the Successful level. | Achieved No Essential Criteria | Achieved Essential Criteria | Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 1. Daily timekeeping PRN, Medical weekly schedules/trips | Insures that daily timekeeping records are maintained and submitted in accordance with existing Division procedures | | ✓ | |
| 2. Filing | Prepares files and submissions in accordance with the needs of the department. Updates in compliance with Records Retention schedule | | ✓ | |
| 3. Security | Insures safekeeping of materials and other office supplies. Locks essential items as warranted. Reports damaged or missing items as necessary | | ✓ | |
| 4. Purchases/inventory PRN | Prepares, submits, and receives purchase requisitions and materials in accordance with established Center procedures. Provides follow through and inventory receipt accountability. Implements appropriate reorder controls for office supplies | | ✓ | |
| 5.Manuals and Reports. Internal and External consents | Enters revises and updates policies and manuals timely and as required. Produces reports for overtime hours expended, and prepares statistics for monthly highlight submission | | ✓ | |
| 6. Telephone/Direction | Maintains assignment focus. Follows direction both written and oral. Accepts responsibility for follow through and required notifications Provide prompt response to phone emergencies and requests | | ✓ | |
| 7.Ensures timely completion of medical trips | Priority/emergency medical appointments (consult) within one month. Routine medical appointments/consults within months | | ✓ | |
| 8.  Provides Customer Service by identifying and meeting customer needs (internal & external) while meeting time, quality and cost requirements. | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; implements plans to increase customer satisfaction; seeks customer feedback and expression of satisfaction with work product. | | ✓ | |
| 9.  Effectively communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions. Asks appropriate questions and involves the listener. Seeks clarification and affirms understanding in verbal exchanges. Uses appropriate non-verbal communication and pays attention to the listener's non-verbal communication. Formal presentations are organized, tailored to the intended audience, have appropriate detail and are completed within established time frames. Written communication contains appropriate grammar, is well organized and completed within established time frames. Generally main points are understood by intended audience. | | ✓ | |

Performance Assessment Review
Work Standards Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center Form

| Employee Name: *Phyllis Atkinson* | Title: *PCT* | | Rating Period: *3/1/01 – 2/28* |
|---|---|---|---|
| SSN: *157 54 6131* | Dept/Agency – Location: *DDD /DHS/NJDC* | | |

| 10. Exercises teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting objectives. Responsibly accomplishes work assignments within established time frames in support of team objectives. Effectively cooperates with and contributes to help meet established team goals. Works to encourage good performance from others. | | | ✓ |
|---|---|---|---|---|
| Total Checks | (Total Number of Checks in Each Column) | ✓ | 9 ✓ | 1 ✓ |
| Check value | (Multiply Total of Column Checks by Designated Number in Column) | X1 | X2 | X3 |
| Points Accumulated | Record results of column multiplication | | 18 | 3 |
| Total Points Accumulated | (Total All Points Across All Columns) | | | 21 |

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

Name: *Phyllis Atkinson*  Title: *PCT*  Rating Period: March 1, *2001* - February 28. *2002*

*157 84 6131*  Dept/Agency - Location: *DDD / DHS / NJDC*

## Section 5 - Fact Sheet of Significant Performance Events

| Description of Significant Performance Event | Rater Comments/Recommended Action |
|---|---|
| *on 8/23/01 you assisted in the Podiatry Clinic to serve the clients* | *Thanks Phyllis you were a great help and you did a great job*  Ratee Initials *PA*  Rater Initials *CW*  Date *8/23/01* |
| *you worked on the MRI Safety firm to adapt it to NJDC needs* | *Keep up the good work*  Ratee Initials *PA*  Rater Initials *CW*  Date *8/23/01* |
| *Provides customer service to employee (WRI/PI) on a courteous and supportive manner* | *Thank you it is appreciated.*  Ratee Initials *PA*  Rater Initials *CW*  Date *2/28/02* |
| *took initiative of sending letters to cottage nurses to enform them of procedures/ paperwork needed for outside consultants* | *Your efforts to ensure expeditious medical consultation with necessary information are very important.*  Ratee Initials *PA*  Rater Initials  Date *2/25/02* |

Ratee Comments: *(Use Additional Sheets as Necessary)*