# EXHIBIT 8

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

Employee Name: Phyllis Atkinson   Title: PCT   Rating Period: March 1, 2002 February 28, 2003
SSN: 157 54 6131   Dept/Agency - Location: DDP / DHS / NJDC

## Section 1 – Job Expectations and Evaluation (Continued)

### Interim Evaluation

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level. | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 1. Daily Timekeeping PRN. Medical weekly schedules/trips | Insures that daily timekeeping records are maintained and submitted in accordance with existing Division procedures. | 300 | 300 ✓ | 300 |
| 2. Filing | Prepares files and submissions in accordance with the needs of the Department. Updates in compliance with Records Retention schedule. | 303 | 303 ✓ | 303 |
| 3. Security | Insures safekeeping of materials and other office supplies. Locks essential items as warranted. Reports damaged or missing items as necessary. | 306 | 306 ✓ | 306 |
| Purchases/Inventory PRN | Prepares, submits, and receives purchase requisitions and materials in accordance with established Center procedures. Provides follow through and inventory receipt accountability. Implements appropriate reorder controls for office supplies. | 309 | 309 ✓ | 309 |
| 5. Manuals and Reports. Internal and External consents. | Enters, revises and updates policies and manuals timely and as required. Produces reports for overtime hours expended, and prepares statistics for Monthly Highlight submission. | 312 | 312 ✓ | 312 |
| 6. Telephone/Direction | Maintains assignment focus. Follows direction both written and oral. Accepts responsibility for follow through and required notifications. Provide prompt response to phone emergencies and requests. | 315 | 315 ✓ | 315 |
| 7. Ensures timely completion of Medical trips. | Priority/emergency medical appointments (consult) within one month.<br>Routine medical appointments/consults within three months. | 318 | 318 ✓ | 318 |
| 8. Provides Customer Service by identifying and meeting customer needs (internal & external) while meeting time, quality and cost criteria requirements. | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; implements plans to increase customer satisfaction, seeks customer feedback and expression of satisfaction with work product. | 344 | 344 | 344 ✓ |

ATKINSON PERS 98

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01
H-24

2

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

Employee Name: Phyllis Atkinson    Title: PCT    Rating Period: March 1, 2002 – February 28, 2003
SSN: 157 54 6131    Dept/Agency - Location: 0001 DHS/NJDC

### Section 1 - Job Expectations and Evaluation (Continued)

## Interim Evaluation

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level. | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 9. Effectively Communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions. Asks appropriate questions and involves the listener. Seeks clarification and affirms understanding in verbal exchanges. Uses appropriate non-verbal communication. Formal presentations are organized, tailored to the intended audience, have appropriate detail and are completed within established timeframes. Written communication contains appropriate grammar, is well organized and completed within established timeframes. Generally main points are understood by intended audience. | 347 | 347 | 347 ✓ |
| Exercises Teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting essential objectives. Responsibly accomplishes work assignments within established timeframes in support of team objectives. Effectively cooperates with and contributes to help meet established team goals. Offer demonstrable examples of actions taken to increase the team's effectiveness. Works to encourage good performance from others. | 368 | 368 ✓ | 365 |
| Total Checks | (Total Number of Checks in Each Column) | ✓ | 8 ✓ | 非 2 ✓ |
| Check Value | (Multiply Total of Column Checks by Designated Number in Column) | X 1 | X 2 | X 3 |
| Points Accumulated | (Record Results of Column Multiplication) | | 16 | 6 |
| Total Points Accumulated | (Total All Points Across All Columns) | | | 600<br>22 |

ATKINSON PERS 99

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01
H-24

3

Rating Cycle Ending 2003

Active Model # __A90651__

**Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center**

**PARS**

Employee Name: _Phyllis Atkinson_   Title: _PCT_   Rating Period: March 1, 2002 — February 28, 2003

SSN: _157 54 6131_   Dept/Agency - Location: _DDD/ DHS/ NJDC_

## Section 3 - Justification Sheet and Development Plan - Interim

**Justification for Interim Evaluation** 700

Ms. Atkinson has the role responsibility of calling facilitators and outside consultants. She coordinates consults, labwork and necessary consents from guardians. She also prepares the weekly medical trip calendar. She works to ensure smooth coordination of services.

Interim Rating: 600

### Interim Development Plan

| Specific Area(s) Identified for Development | Specific Action to be Taken by Ratee |
|---|---|
| 705 (1) Continue in conjunction with nursing staff both in HCC & the cottage to improve & assist c information to schedule consultations in a timely & expeditious manner. (2) Enter necessary diagnoses and allergy info onto new client info sheets for computer input. | (1) Confer with cottage and the nursing staff and/or unit supervisors to assure outside medical consultations. (2) Please complete entering required and updated information in the HCC computer within this quarter. |

I reviewed Sections 1, 2 and 3 of this package and have had a face-to-face meeting with my supervisor to discuss the Interim Rating, Justification and Development Plan. This meeting was held on _10/24/02_ (Date). 710

My signature indicates that I have been advised of these PAR elements.

Ratee ___[signature]___ 715

Date _10/24/02_ 720

| ✓ Agree | ___ Disagree | with the Interim Rating. 725 |
| ✓ Agree | ___ Disagree | with the Justification. 730 |
| ✓ Agree | ___ Disagree | with the Development Plan. 735 |

Ratee Comments 760

*(Use Additional Sheets as Necessary)*

My signature indicates that the Ratee's positions have been noted.

Rater ___[signature]___ 740
Date _10/24/02_ 745

Rater's Social Security # ███████

My signature indicates that the Ratee's positions have been noted.

Reviewer ___[signature]___ 750
Date _10/24/02_ 755

ATKINSON PERS 100

7

Active Model # __A90651__                                                      Rating Cycle Ending 2003

## Performance Assessment Review
### Work Standard Checklist Model
### New Jersey Department of Human Services
### North Jersey Developmental Center

Employee Name: Phyllis Atkinson     Title: PCT     Rating Period: March 1, 2002 - February 28, 2003
SSN: 157 54 6131     Dept/Agency - Location: DDD/DHS/NJDC

### Section 5 - Fact Sheet of Significant Performance Events

| Description of Significant Performance Event | Rater Comments/Recommended Action |
|---|---|
| 900 Ms Atkinson has returned to her HC responsibilities after a lengthy convalescence. She has assumed her responsibilities without delay | Thank you, Welcome Back<br><br>Ratee Initials ___  Rater Initials _YA_  Date ___ |
| Description of Significant Performance Event | Rater Comments/Recommended Action |
| 900 | <br><br>Ratee Initials ___  Rater Initials ___  Date ___ |
| Description of Significant Performance Event | Rater Comments/Recommended Action |
| 9( | <br><br>Ratee Initials ___  Rater Initials ___  Date ___ |
| Description of Significant Performance Event | Rater Comments/Recommended Action |
| 900 | <br><br>Ratee Initials ___  Rater Initials ___  Date ___ |

Ratee Comments: *(Use Additional Sheets as Necessary)* 910

---

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01
H-24                                              ATKINSON PERS 101

9

Active Model # __A90651__     Rating Cycle Ending 2003

## Performance Assessment Review
## Work Standard Checklist Model
## New Jersey Department of Human Services
## North Jersey Developmental Center



Employee Name: _Phyllis Atkinson_   Title: _PCT_   Rating Period: March 1, _2002_ - February 28, _2003_

SSN: _157 54 6131_   Dept/Agency - Location: _0001 DHS/NJDC_

### Section 1 - Job Expectations and Evaluation

| Major Goals of the Unit/Work Group | Major Goals of the Ratee |
|---|---|
| (1) To keep current with mandatory training. | (1) Attend in services as assigned. |
| (2) Ensure that all customers receive optimal clinical services | (2) Provide emergency care as needed to staff and clients under the guidance of nursing. |
| (3) Provide customer friendly service to all. | (3) Be courteous, helpful, & friendly to clients & staff. |

Please check (✓) One: [ ] Title Change   [ ] Change in Supervisor   [ ] Revised   [ ] New Hire   [ ] PAR Cycle

I have reviewed this package and have had a face-to-face meeting with my supervisor to discuss the Major Goals of the Unit, Basic Ratee Assignment, Major Job Responsibilities, Essential Criteria, Point Accumulation Methodology, and the Evaluation Conversion to the Overall Rating by which I will be rated. This meeting was held on __3/14/02__ (Date).

My signature indicates that I have been advised of these PAR elements.

Ratee _[signature]_

Date __3/14/02__

I __✓__ Agree _____ Disagree with the elements of this PAR.

My signature indicates that the Ratee's positions have been noted.

Rater _Yvonne Burns_

Raters Social Security # _[redacted]_

Date __3/14/02__

My signature indicates that the Ratee's positions have been noted.

Reviewer _[signature]_

Date __3/14/02__

Ratee Comments

ATKINSON PERS 102

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01

1

Active Model # A90651

Rating Cycle Ending 2003

## Performance Assessment Review
## Work Standard Checklist Model
## New Jersey Department of Human Services
## North Jersey Developmental Center

**PARS**

| | | | |
|---|---|---|---|
| Employee Name: Phyelis Atkinson | Title: PCT | Rating Period: March 1, 02 - February 28, 03 | |
| SSN: 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 | Dept/Agency - Location: | | |

### Section 4 - Justification Sheet and Development Plan—Final

Final Rating: **2** (655)

**Justification for Final Evaluation** 800

Ms Atkinson continues the sole responsibility of facilitating outside medical trips for NJDC clients. She puts forth her efforts to ensure a smooth coordination

### Final Development Plan

| Specific Area(s) Identified for Development | Specific Action to be Taken by Ratee |
|---|---|
| 805 (1) Please continue entering clients admissions data info @ HCC computer. | (1) Enter required personal data pertinent to NJDC clients please complete by the end of quarter. |
| (2) To keep current with mandatory HIPPA/OPRA training | (2) Attend inservices as assigned @ NJDC or off campus. |

I have reviewed Sections 1, 2 and 4 of this package and have had a face-to-face meeting with my supervisor to discuss the Final Rating, Justification and Development Plan. This meeting was held on 2/28/03 (Date). 810

**Ratee Comments** 860

My signature indicates that I have been advised of these PAR elements.

Ratee _[signature]_ 815

Date 2/24/03 820

| | | |
|---|---|---|
| I ✓ Agree ___ Disagree | with the Final Rating. | 825 |
| I ✓ Agree ___ Disagree | with the Justification. | 830 |
| I ✓ Agree ___ Disagree | with the Development Plan. | 835 |

(Use Additional Sheets as Necessary)

My signature indicates that the Ratee's positions have been noted.

Rater _Yvonne Benins Rn_ 840

Date 2/24/03 845

My signature indicates that the Ratee's positions have been noted.

Reviewer _[signature]_ 850

Date 3/1/03 855

Rater's Social Security # ████████

ATKINSON PERS 120



8

Active Model # __A90651__

*Rating Cycle Ending 2003*

## Performance Assessment Review
### Work Standard Checklist Model
### New Jersey Department of Human Services
### North Jersey Developmental Center

Employee Name: *Phyllis Atkinson* Title: PCT Rating Period: March 1, 02 - February 28, 03

SSN: 157 54 6131 Dept/Agency - Location: DOD DHS NJDC

### Section 1 - Job Expectations and Evaluation (Continued)

| | Final Evaluation | | | |
|---|---|---|---|---|
| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level. | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
| 1. Daily Timekeeping PRN. Medical weekly schedules/trips | Insures that daily timekeeping records are maintained and submitted in accordance with existing Division procedures. | 300 | 300 ✓ | 300 |
| 2. Filing | Prepares files and submissions in accordance with the needs of the Department. Updates in compliance with Records Retention schedule. | 303 | 303 ✓ | 303 |
| 3. Security | Insures safekeeping of materials and other office supplies. Locks essential items as warranted. Reports damaged or missing items as necessary. | 306 | 306 ✓ | 306 |
| 4. Purchases/Inventory PRN | Prepares, submits, and receives purchase requisitions and materials in accordance with established Center procedures. Provides follow through and inventory receipt accountability. Implements appropriate reorder controls for office supplies. | 309 | 309 ✓ | 309 |
| 5. Manuals and Reports. Internal and External consents. | Enters, revises and updates policies and manuals timely and as required. Produces reports for overtime hours expended, and prepares statistics for Monthly Highlight submission. | 312 | 312 ✓ | 312 |
| 6. Telephone/Direction | Maintains assignment focus. Follows direction both written and oral. Accepts responsibility for follow through and required notifications. Provide prompt response to phone emergencies and requests. | 315 | 315 ✓ | 315 |
| 7. Ensures timely completion of Medical trips. | Priority/emergency medical appointments (consult) within one month. Routine medical appointments/consults within three months. | 318 | 318 | 318 ✓ |
| 8. Provides Customer Service by identifying and meeting customer needs (internal & external) while meeting time, quality and cost criteria requirements. | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; implements plans to increase customer satisfaction, seeks customer feedback and expression of satisfaction with work product. | 344 | 344 | 344 ✓ |

ATKINSON PERS 121

4

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

Active Model # _A90651_  Rating Cycle Ending 2003

## Performance Assessment Review
## Work Standard Checklist Model
## New Jersey Department of Human Services
## North Jersey Developmental Center

Employee Name: _Phyllis Atkinson_  Title: _PCT_  Rating Period: March 1, _02_ - February 28, _03_
SSN: _157 84 6131_  Dept/Agency - Location: ___

### Section 1 - Job Expectations and Evaluation (Continued)

### Final Evaluation

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level. | (1)<br>Achieved No Essential Criteria | (2)<br>Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 9. Effectively Communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions. Asks appropriate questions and involves the listener. Seeks clarification and affirms understanding in verbal exchanges. Uses appropriate non-verbal communication. Formal presentations are organized, tailored to the intended audience have appropriate detail and are completed within established timeframes. Written communication contains appropriate grammar, is well organized and completed within established timeframes. Generally main points. | 347 | 347 | 347 ✓ |
| 10. Exercises Teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting essential objectives. Responsibly accomplishes work assignments within established timeframes in support of team objectives. Effectively cooperates with and contributes to help meet established team goals. Offer demonstrable examples of actions taken to increase the team's effectiveness. Works to encourage good performance from others. | 368 | 368 ✓ | 368 |
| Total Checks | (Total Number of Checks in Each Column) | ✓ | 7 ✓ | 3 ✓ |
| Check Value | (Multiply Total of Column Checks by Designated Number in Column) | X 1 | X 2 | X 3 |
| Points Accumulated | (Record Results of Column Multiplication) | | 14 | 9 |
| Total Points Accumulated | (Total All Points Across All Columns) | | | 655 ~~23~~ |

ATKINSON PERS 123

5

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01

Active Model # __A90651__   Rating Cycle Ending 2003

## Performance Assessment Review
### Work Standard Checklist Model
### New Jersey Department of Human Services
### North Jersey Developmental Center

Employee Name: Phyllis Atkinson   Title: PCT   Rating Period: March 1, 2002 - February 28, 2003
SSN: 157 54 6131   Dept/Agency - Location: DDD/DHS/NJDC

### Section 5 - Fact Sheet of Significant Performance Events

| Description of Significant Performance Event | Rater Comments/Recommended Action |
|---|---|
| 900 — Ms Atkinson has returned to her Her responsibilities after a lengthy convalescence. She has assumed her responsibilities without delay | Thank you. Welcome Back. PA   YL   10/02 Ratee Initials / Rater Initials / Date |
| 900 — Ms Atkinson acted as back-up picking up & delivering the mail during Mrs Rhodes' absence Dec. 2002 | Thank you your assist was valued. PA   YL   3/24/03 |
| 900 — Ms Atkinson has suggested a plan to completely update, redo and create a system for computerized data sheets for clients | Your idea is excellent. Can't wait for its implementation. PA   YL   3/24/03 |
| 900 | |

Ratee Comments: (Use Additional Sheets as Necessary) 910

ATKINSON PERS 122

9

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01
H-24

# EXHIBIT 9

<, five Model # ___A90651___   *Rating Cycle Ending 2004*

## Performance Assessment Review
## Work Standard Checklist Model
## New Jersey Department of Human Services
## North Jersey Developmental Center



Employee Name: _Phyllis Atkinson_   Title: _PCT_   Rating Period: March 1, 2003 – February 28, 2004

SSN: _157 54 6131_   Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

### Section 1 – Job Expectations and Evaluation

| Major Goals of the Unit/Work Group | Major Goals of the Ratee |
|---|---|
| ① Keep current with mandatory training | ① Attend in-services as assigned |
| ② Ensure that all customers receive optimal clerical services | ② Provide emergency assist as needed to staff & clients under the guidance of nursing |
| ③ Provide customer friendly service to all. | ③ Be courteous, helpful & friendly to clients & staff. |

I have reviewed this package and have had a face-to-face meeting with my supervisor to discuss the Major Goals of the Unit, Basic Ratee Assignment, Major Job Responsibilities, Essential Criteria, Point Accumulation Methodology, and the Evaluation Conversion to the Overall Rating by which I will be rated. This meeting was held on _3/24/03_ (Date).

My signature indicates that I have been advised of these PAR elements.

Ratee _[signature]_

Date _3/24/03_

I _✓_ Agree ___ Disagree with the elements of this PAR.

My signature indicates that the Ratee's positions have been noted.

Rater _[signature]_

Date _3/24/03_

My signature indicates that the Ratee's positions have been noted.

Reviewer _Carole Walker RN ADON_

Date _5/6/03_

Rater's Social Security Number ___[redacted]___

Ratee Comments

(Use Additional Sheets as Necessary)

ATKINSON PERS 107

Active Model # __A90651__                                                                 Rating Cycle Ending 2004

**Performance Assessment Review**
**Work Standard Checklist Model**
**New Jersey Department of Human Services**
**North Jersey Developmental Center**

Employee Name: Phyllis Atkinson   Title: KCT        Rating Period: March 1, 2003 – February 28, 2004
SSN: 157 54 6431                  Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

## Section 1 - Job Expectations and Evaluation (Continued)

**■■■ Evaluation**
FINAL

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level | (1)<br>Achieved No Essential Criteria | (2)<br>Achieved Essential Criteria | (3)<br>Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 1. Daily Timekeeping PRN. Medical weekly schedules/trips | Insures that daily timekeeping records are maintained and submitted in accordance with existing Division procedures. | 300 | 300 ✓ | 300 |
| 2. Filing | Prepares files and submissions in accordance with the needs of the Department. Updates in compliance with Records Retention schedule. | 303 | 303 ✓ | 303 |
| 3. Security | Insures safekeeping of materials and other office supplies. Locks essential items as warranted. Reports damaged or missing items as necessary. | 306 | 306 | 306 ✓ |
| Purchases/Inventory PRN | Prepares, submits, and receives purchase requisitions and materials in accordance with established Center procedures. Provides follow through and inventory receipt accountability. Implements appropriate reorder controls for office supplies. | 309 | 309 ✓ | 309 |
| 5. Manuals and Reports. Internal and External consents. | Enters, revises and updates policies and manuals timely and as required. Produces reports for overtime hours expended, and prepares statistics for Monthly Highlight submission. | 312 | 312 ✓ | 312 |
| 6. Telephone/Direction | Maintains assignment focus. Follows direction both written and oral. Accepts responsibility for follow through and required notifications. Provide prompt response to phone emergencies and requests. | 315 | 315 ✓ | 315 |
| 7. Ensures timely completion of Medical trips. | Priority/emergency medical appointments (consult) within one month.<br>Routine medical appointments/consults within three months. | 318 | 318 | 318 ✓ |
| 8. Provides Customer Service by identifying and meeting customer needs (internal & external. | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; seeks customer feedback and expression of satisfaction with work product. | 344 | 344 | 344 ✓ |

Active Model # __A90651__

**Performance Assessment Review**
**Work Standard Checklist Model**
**New Jersey Department of Human Services**
**North Jersey Developmental Center**

*Rating Cycle Ending 2004*

Employee Name: Phyllis Atkinson  Title: PCT  Rating Period: March 1, 2003 – February 28, 2004
SSN: 157 54 6131
Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

## Section 1 - Job Expectations and Evaluation (Continued)

### ▬▬▬ Evaluation
FINAL

| Major Job Responsibilities | Essential Criteria (Statement of conditions that exist where a job has been completed at the commendable level) | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 9. Effectively Communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions. Asks appropriate questions and involves the listener. Seeks clarification and affirms understanding in verbal exchanges. Uses appropriate non-verbal communication. Formal presentations are organized, have appropriate detail and are completed within established timeframes. Written communication contains appropriate grammar, is well organized and completed within established timeframes. Generally intended audience understands main points. | 347 | 347 ✓ | 347 |
| Exercises Teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting essential objectives. Responsibly accomplishes work assignments within established timeframes in support of team objectives. Effectively cooperates with and contributes to help meet established team results. Works to encourage good performance from others. | 368 | 368 | 365 ✓ |
| **Total Checks** | (Total Number of Checks in Each Column) | ✓ | 6 ✓ | 4 ✓ |
| **Check Value** | (Multiply Total of Column Checks by Designated Number in Column) | X 1 | X 2 | X 3 |
| **Points Accumulated** | (Record Results of Column Multiplication) | | 12 | 12 |
| **Total Points Accumulated** | (Total All Points Across All Columns) | | | 24 (600) |

J.Z.
Data
MEDTRIB

Active Model # __A90651__    *Rating Cycle Ending 2004*

## Performance Assessment Review
## Work Standard Checklist Model
## New Jersey Department of Human Services
## North Jersey Developmental Center

Employee Name: Phyllis Atkinson    Title: PCT    Rating Period: March 1, 2003 - February 29, 2004

SSN: 157 54 6131    Dept/Agency - Location: HCC

### Section 5 - Fact Sheet of Significant Performance Events

| Description of Significant Performance Event | Rater Comments/Recommended Action |
|---|---|
| 900 Data sheets have been taken and put in individual books (for the cottages) alphabetized for easy access | Good job! Keep it going<br><br>PA / cw / 4/23/04<br>Ratee Initials / Rater Initials / Date |
| 900 Attains appointments at a moments notice for an urgent medical need of a client | Thank you Phyllis<br><br>PA / cw / 4/23/04<br>Ratee Initials / Rater Initials / Date |
| 900 A meeting was held to discuss the importance of informing the ADRC Transportation department of a change on the written calendar. | When an add on or a cancellation happens please call the ADRC office, cottage nurse, CTS to inform them. In the near future this will be communicated by e-mail.<br><br>PA / cw / 4/23/04<br>Ratee Initials / Rater Initials / Date |
| 900 | <br><br>Ratee Initials / Rater Initials / Date |

Ratee Comments: *(Use Additional Sheets as Necessary)* 910

ATKINSON PERS 111

*Please Make Copies and Distribute to Ratee, Reviewer and PAR Coordinator*

OPS 02/01
H-24

10

Active Model # __A90651__

Performance Assessment Review
Work Standard Checklist Model
New Jersey Department of Human Services
North Jersey Developmental Center

Rating Cycle Ending 2004

**PARS**

Employee Name: Phyllis Atkinson   Title: PCT
Rating Period: March 1, 2003 – February 28, 2004

SSN: 157 64 6131   Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

## Section 4 - Justification Sheet and Development Plan - Final

Justification for Final Evaluation 800

655 | 24

Ms. Atkinson PCT schedules the medical trips for the clients who live in the cottages. She also makes transportation arrangements and operates a weekly calendar to organize the medical trips. She is aware of the importance of certain medical conditions and the urgency of the appointments. She plays an important role in a Code 55 by taking charge of the phone calling the doctor preparing paper work and a staff member of the team at the ...

### Final Development Plan

| Specific Area(s) Identified for Development | Specific Action to be Taken by Ratee |
|---|---|
| 805) 1) Communication | 1) Open communication with supervisor, cottages, Asst office and transportation |
| 2) Input into the computer | 2) Input needs to be current in the computer and reviewed quarterly for any updates |
| 3) Attend in services as assigned | 3) Attend classes when assigned |

I have reviewed Sections 1, 2 and 4 of this package and have had a face-to-face meeting with my supervisor to discuss the Final Rating, Justification and Development Plan. This meeting was held on 4/23/04 (Date). 810

My signature indicates that I have been advised of these PAR elements.

Ratee _____ 815

Date __4/23/04__ 820

I ___ Agree ___ Disagree with the Final Rating. 825
I ___ Agree ___ Disagree with the Justification. 830
I ___ Agree ___ Disagree with the Development Plan. 835

My signature indicates that the Ratee's positions have been noted.

Rater __Carole Wolfe for Bob Noon__ 840
Date __4/23/04__ 845

ater's Social Security # ████████

Ratee Comments 860 I DO NOT agree with My Final Rating. I AM Requesting A Meeting ASAP.

(Use Additional Sheets as Necessary)

My signature indicates that the Ratee's positions have been noted.

Reviewer _____ 850
Date __5/12/04__ 855

ATKINSON PERS 112

DEFENDANT'S EXHIBIT

Active Model # __A90651__  Rating Cycle Ending 2004

**Performance Assessment Review**
**Work Standard Checklist Model**
**New Jersey Department of Human Services**
**North Jersey Developmental Center**

Employee Name: _Phyllis Atkinson_  Title: _PCT_  Rating Period: March 1, 2003 – February 28, 2004
SSN: _157 54 1431_  Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

## Section 1 - Job Expectations and Evaluation (Continued)

**▮▮▮▮ Evaluation**
_FINAL_

| Major Job Responsibilities | Essential Criteria<br>Statement of conditions that exist when a job has been completed at the commendable level | (1)<br>Achieved No<br>Essential<br>Criteria | (2)<br>Achieved<br>Essential<br>Criteria | (3)<br>Significantly<br>Exceeded<br>Essential<br>Criteria |
|---|---|---|---|---|
| 1. Daily Timekeeping PRN. Medical weekly schedules/trips | Insures that daily timekeeping records are maintained and submitted in accordance with existing Division procedures. | 300 | 300 ✓ | 300 |
| 2. Filing | Prepares files and submissions in accordance with the needs of the Department. Updates in compliance with Records Retention schedule. | 303 | 303 ✓ | 303 |
| 3. Security | Insures safekeeping of materials and other office supplies. Locks essential items as warranted. Reports damaged or missing items as necessary. | 306 | 306 | 306 ✓ |
| 4. Purchases/Inventory PRN | Prepares, submits, and receives purchase requisitions and materials in accordance with established Center procedures. Provides follow through and inventory receipt accountability. Implements appropriate reorder controls for office supplies. | 309 | 309 ✓ | 309 |
| 5. Manuals and Reports. Internal and External consents. | Enters, revises and updates policies and manuals timely and as required. Produces reports for overtime hours expended, and prepares statistics for Monthly Highlight submission. | 312 | 312 ✓ | 312 |
| 6. Telephone/Direction | Maintains assignment focus. Follows direction both written and oral. Accepts responsibility for follow through and required notifications. Provide prompt response to phone emergencies and requests. | 315 | 315 ✓ | 315 |
| 7. Ensures timely completion of Medical trips. | Priority/emergency medical appointments (consult) within one month. Routine medical appointments/consults within three months. | 318 | 318 | 318 ✓ |
| 8. Provides Customer Service by identifying and meeting customer needs (internal & external. | Accurately assesses customer needs; provides necessary or requested service within acceptable time frames requiring few corrections or revisions; seeks customer feedback and expression of satisfaction with work product. | 344 | 344 | 344 ✓ |

ATKINSON PERS 113

Active Model # __A90651__   *Rating Cycle Ending 2004*

**Performance Assessment Review**
**Work Standard Checklist Model**
**New Jersey Department of Human Services**
**North Jersey Developmental Center**

Employee Name: Phyllis Atkinson   Title: PCT   Rating Period: March 1, 2003 – February 28, 2004
SSN: 157 54 6131   Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

## Section 1 - Job Expectations and Evaluation   (Continued)

**FINAL Evaluation**

| Major Job Responsibilities | Essential Criteria (Statement of conditions that exist when a job has been completed at the commendable level) | (1) Achieved No Essential Criteria | (2) Achieved Essential Criteria | (3) Significantly Exceeded Essential Criteria |
|---|---|---|---|---|
| 9. Effectively Communicates ideas, concepts or directions orally and in writing. | Seldom miscommunicates ideas, thoughts or directions. Asks appropriate questions and involves the listener. Seeks clarification and affirms understanding in verbal exchanges. Uses appropriate non-verbal communication. Formal presentations are organized, have appropriate detail and are completed within established timeframes. Written communication contains appropriate grammar, is well organized and completed within established timeframes. Generally intended audience understands main points. | 347 | 347 ✓ | 347 |
| 10. Exercises Teamwork within the work group by working collaboratively as a team member to accomplish stated goals. | Supports the team in meeting essential objectives. Responsibly accomplishes work assignments within established timeframes in support of team objectives. Effectively cooperates with and contributes to help meet established team results. Works to encourage good performance from others. | 368 | 368 | 365 ✓ |
| **Total Checks** | (Total Number of Checks in Each Column) | ✓ | 6 ✓ | 4 ✓ |
| **Check Value** | (Multiply Total of Column Checks by Designated Number in Column) | X 1 | X 2 | X 3 |
| **Points Accumulated** | (Record Results of Column Multiplication) | | 12 | 12 |
| **Total Points Accumulated** | (Total All Points Across All Columns) | | | 24 / 600 |

JZ.
Data
MED TRIB

ATKINSON PERS 114

# EXHIBIT 10

Rating Cycle Ending 2004

Active Model # A90651

**Performance Assessment Review**
**Work Standard Checklist Model**
**New Jersey Department of Human Services**
**North Jersey Developmental Center**

Employee Name: Phyllis Atkinson  Title: PCT
Rating Period: March 1, 2003 – February 28, 2004
SSN: 157 54 6131   Dept/Agency - Location: DHS/DDD – North Jersey Developmental Center

## Section 3 - Justification Sheet and Development Plan - Interim

Justification for Interim Evaluation 700

Ms Atkinson has the primary responsibility of coordinating in-coming off campus medical trips. She also prepares the weekly med trip calendar for distribution to various disciplines @ NJDC.

600
27 = 3

### Interim Development Plan

| Specific Area(s) Identified for Development | Specific Action to be Taken by Ratee |
|---|---|
| 705 (1) Continue, with the assistance of nursing/medical staff to improve scheduling of medical trips in an expeditious manner. (2) Enter and update as needed, names, medical information in the computer data sheets | (1) Confer with HCC/grounds/MDS NP's, ADRL, & T.A. to assure outside consultations as needed. (2) Complete, before this year's end (2003) the required information in test files HCC's necessary computer data sheets |

I have reviewed Sections 1, 2 and 3 of this package and have had a face-to-face meeting with my supervisor to discuss the Interim Rating, Justification and Development Plan. This meeting was held on 8/21/03 (Date). 710

My signature indicates that I have been advised of these PAR elements.
Ratee _____ 715
Date 8/21/03 720

| I | ✓ Agree | ___ Disagree with the Interim Rating. 725 |
| I | ✓ Agree | ___ Disagree with the Justification. 730 |
| I | ✓ Agree | ___ Disagree with the Development Plan. 735 |

Ratee Comments 760

ATKINSON EEO 57

(Use Additional Sheets as Necessary)

My signature indicates that the Ratee's positions have been noted.
Rater Yvonne Burroughs for 740
Date 8/21/03 745

Rater's Social Security # ████████

My signature indicates that the Ratee's positions have been noted.
Reviewer Carole Waller RN MSN 750
Date 8/21/03 755

(3) To keep current with mandatory HIPPA/OPRA training/regulations

(3) Attend mandatory HIPAA/OPRA on campus/off campus inservices.