# EXHIBIT 21

LEAVE REQ NO 0800 ~~375~~

RETURN REQ NO 0800375

LEAVE REQUEST DATE _____

RETURN REQUEST DATE _____

X  LEAVE OF ABSENCE    (09)    ___ AGGREGATE LEAVE OF ABSENCE  (11)

___ RETURN FROM LEAVE  (10)

SSN 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   EMPLOYEE NAME  Atkinson        Phyllis    ___ ___

                                LAST            FIRST       MI   TITLE

## EMPLOYEE STATUS BEFORE REQUEST

A. TITLE NAME : PCT   HCC                          B. APPT TYP : _____

C. DEPT       : ___   D. DIVISION, BUREAU, INSTITUTION : ___ ___   E. P/R NO : _____

F. ACCOUNT NUMBER : _____                    G. POS NO : _____

        ORG  FUND  PROG  OBJ  CC  PA    EXT

H. TITLE CODE : _____  RNGE CODE : _____  I. ANNIV 9/1/06  J. STEP : __   K. TYPE OF SVC : ___

L. BASE : _____  M. EXTRA : _____  N. TOTAL : _____   O. COMP METHOD : ___

P. PERM TITLE : _____   Q. DATE OF HIRE : _____            R. UNIT : ___

## LEAVE OF ABSENCE DATA (09)

LEAVE REASON CODE : 005  DESC : Personal Reasons

TIME PERIOD-WP _____  FROM : 2/16/07  THRU 9/1/07  HALF DAY:

TIME PERIOD-WOP _____  FROM : 2/16/07  THRU 9/1/07  HALF DAY:

4. STIPEND AMOUNT : _____   5. SALARY PERCENTAGE : __ PMIS APPROVED

X No AID letter 9/1/06 Employee retains 8/9/07  RETURN FROM LEAVE DATA (10)  15 Days out w/o Pay

1. LEAVE RETURN DATE 8/9/07   2. COMP METH : __ PMIS APPROVED  NEW ANNIV DATE: 2/2/06

## AGGREGATE LEAVE DATA (11) Employee Pending Retirement 9/1/06

1. AGGREGATE NUMBER OF LEAVE OF ABSENCE DAYS : __   2. NEW ANNIV DATE: ____

3. DATES - FROM : _____  THRU : _____

## - SIGNATURES -

EMPLOYEE _____

PERSONNEL OFFICER A. Cain _____

APPOINTING AUTHORITY/APPROVAL OFFICER _____

SUPERVISOR _____

___DING AUTHORITY _____

PF-531  Revised 2-87          ATKINSON PERS 1

DEFENDANT'S EXHIBIT 24

# EXHIBIT 22

NEW JERSEY DEPARTMENT OF PERSONNEL
LEAVE/RETURN/AGGREGATE MAINTENANCE REQUEST FORM

LEAVE REQ NO 0702306                     LEAVE REQUEST DATE ___
RETURN REQ NO 0702365                    RETURN REQUEST DATE ___

___ LEAVE OF ABSENCE (09)       ___ AGGREGATE LEAVE OF ABSENCE (11)
___ RETURN FROM LEAVE (10)

SSN 157 54 6131   EMPLOYEE NAME  Atkinson    Phyllis    ___
                                 LAST         FIRST      MI   TITLE

## EMPLOYEE STATUS BEFORE REQUEST

A. TITLE NAME :    P C I T                          B. APPT TYP : ___
C. DEPT     : ___   D. DIVISION, BUREAU, INSTITUTION : ___   E. P/R NO : ___
F. ACCOUNT NUMBER : ___ ___ ___ ___ ___ ___          G. POS NO : ___
            ORG  FUND  PROG  OBJ  CC  PA       EXT
H. TITLE CODE : _____   RNGE CODE: ___  I. ANNIV : 1866  J. STEP : __   K. TYPE OF SVC : ___
L. BASE : _____   M. EXTRA : _____  N. TOTAL: _____   O. COMP METHOD : ___
P. PERM TITLE : _____   Q. DATE OF HIRE : ___      R. UNIT : ___

## LEAVE OF ABSENCE DATA (09)

LEAVE REASON CODE 005  DESC : Personal Reasons
TIME PERIOD-WP   :  FROM : ___      THRU : ___      HALF DAY: ___
3. TIME PERIOD-WOP :  FROM : 4/1/07  THRU : 5/1/07  HALF DAY: ___
4. STIPEND AMOUNT :  _____    5. SALARY PERCENTAGE : PMIS APPROVED

## RETURN FROM LEAVE DATA (10)

1. LEAVE RETURN DATE : 5/2/07   2. COMP METH : ___   PMIS APPROVED   3. NEW ANNIV DATE: 19/06
Return for cncld purposes - employee rel 5/4
            AGGREGATE LEAVE DATA (11)  Rec. Blve A's 5/2,3.

1. AGGREGATE NUMBER OF LEAVE OF ABSENCE DAYS : ___      2. NEW ANNIV DATE: ___
3. DATES  -  FROM : _____   THRU : ___

## - SIGNATURES -

EMPLOYEE                                    _____
PERSONNEL OFFICER                           C. R_____
APPOINTING AUTHORITY/APPROVAL OFFICER       _____
SUPERVISOR                                  _____
FUNDING AUTHORITY                           _____

DPF-531  Revised 2-87            ATKINSON PERS 4

DEFENDANTS EXHIBIT 22 4/28/09 D

# EXHIBIT 23

LEAVE REQ NO  070118S                                    LEAVE REQUEST DATE ___
RETURN REQ NO  701746                                    RETURN REQUEST DATE ___

___ LEAVE OF ABSENCE  (09)          ___ AGGREGATE LEAVE OF ABSENCE  (11)

) PMIS APPROVED RETURN FROM LEAVE (10)

SSN 151 54 6137    EMPLOYEE NAME   Atkinson Phyllis ___
                                  LAST              FIRST        MI   TITLE

EMPLOYEE STATUS BEFORE REQUEST

A.  TITLE NAME  :   PCT , Nursing              B.  APPT TYP : ___
                                              PMIS APPROVED
C.  DEPT       :  __    D.  DIVISION, BUREAU, INSTITUTION :     E.  TYPE NO : ___
                                                               G.  POS NO : _____
F.  ACCOUNT NUMBER : ___  ___  ___  ___  ___  _____
          ORG  FUND  PROG  OBJ  CC  PA    EXT
H.  TITLE CODE : _____   RNGE CODE: ____   I. ANNIV : 14/06  J. STEP : __   K. TYPE OF SVC : __
L.  BASE : _____   M. EXTRA : _____   N. TOTAL: _____   O. COMP METHOD : __
P.  PERM TITLE : _____    Q. DATE OF HIRE :  _____            R. UNIT   : __

LEAVE OF ABSENCE DATA (09)

1.  PMIS APPROVED  REASON CODE  069  DESC : Personal Illness
    TIME PERIOD-WP  :     FROM :        THRU :          HALF DAY:
    TIME PERIOD-WOP :     FROM : 11/1/06  THRU : 1/3/07  HALF DAY:  PMIS APPROVED
4.  STIPEND AMOUNT :  _____         5. SALARY PERCENTAGE : __

PMIS APPROVED        RETURN FROM LEAVE DATA (10)        44 Days

1.  LEAVE RETURN DATE : 1/3/07   2. COMP METH : _   3. NEW ANNIV DATE: 18/06
                         pension

AGGREGATE LEAVE DATA (11)

1.  AGGREGATE NUMBER OF LEAVE OF ABSENCE DAYS : __        2. NEW ANNIV DATE: ____
3.  DATES  - FROM : _____   THRU : _____

- SIGNATURES -

EMPLOYEE                                   _____
PERSONNEL OFFICER                          _____
APPOINTING AUTHORITY/APPROVAL OFFICER      _C. Pucenta_____
SUPERVISOR                                 _____
   DING AUTHORITY                          _____

DPF-531  Revised 2-87              ATKINSON PERS 7

DEFENDANT'S EXHIBIT 23  10.28.07 TD

# EXHIBIT 24

NEW JERSEY DEPARTMENT OF PERSONNEL

LEAVE REQ NO 600969

RETURN REQ NO 601353

LEAVE REQUEST DATE ____

RETURN REQUEST DATE ____

____ LEAVE OF ABSENCE (09)    ____ AGGREGATE LEAVE OF ABSENCE (11)

PMIS APPRO    ____ RETURN FROM LEAVE (10)

SSN 6754-6131    EMPLOYEE NAME Atkinson    Phyllis

LAST    FIRST    MI    TITLE

## EMPLOYEE STATUS BEFORE REQUEST

PLT HCe

A. TITLE NAME : _____    B. APPT TYP : ____

C. DEPT : ____    D. DIVISION, BUREAU, INSTITUTION : _ _    E. P/R NO : __

F. ACCOUNT NUMBER : ____ ___ ___    G. POS NO : _____

ORG FUND PROG OBJ CC PA    8/98 EXT

H. TITLE CODE : _____    RNGE CODE: ____    I. ANNIV 8/98    J. STEP : __    K. TYPE OF SVC : _

L. BASE : _____    M. EXTRA : _____    N. TOTAL: _____    O. COMP METHOD : _

P. PERM TITLE : _____    Q. DATE OF HIRE : _____    R. UNIT : _

## LEAVE OF ABSENCE DATA (09)

PMIS APPROVED

LEAVE REASON CODE 006    DESC : Personal ill.

2. TIME PERIOD-WP : 7/06    FROM :    THRU : 1/6/06    HALF DAY: _

3. TIME PERIOD-WP : 7/06    FROM : 11/2/05    THRU : 1/6/06    HALF DAY: _

4. STIPEND AMOUNT :    5. SALARY PERCENTAGE : _

## RETURN FROM LEAVE DATA (10)

PMIS APPROVED    116 Days

1. LEAVE RETURN DATE : 4/7/06    2. COMP METH : _    3. NEW ANNIV DATE: 1998

## AGGREGATE LEAVE DATA (11)

1. AGGREGATE NUMBER OF LEAVE OF ABSENCE DAYS : __    2. NEW ANNIV DATE: ____

3. DATES — FROM : _____    THRU : _____

## - SIGNATURES -

EMPLOYEE _____

PERSONNEL OFFICER _____

APPOINTING AUTHORITY/APPROVAL OFFICER C. Rut _____

RVISOR _____

DING AUTHORITY _____

DPF-531 Revised 2-87    ATKINSON PERS 10

418

DEFENDANT'S EXHIBIT 24
103809 TD

# EXHIBIT 25

NEW JERSEY DEPARTMENT OF PERSONNEL
LEAVE OF ABSENCE MAINTENANCE REQUEST FORM

LEAVE REQ NO **600452**                          LEAVE REQUEST DATE ___
RETURN REQ NO _____                        RETURN REQUEST DATE ___

___ LEAVE OF ABSENCE (09)          ___ AGGREGATE LEAVE OF ABSENCE (11)
___ RETURN FROM LEAVE (10)

SSN **157-54-613?**    EMPLOYEE NAME _**Atkinson**_ _**Phyllis**_ ___ ___
                                    LAST              FIRST      MI  TITLE

_____
EMPLOYEE STATUS BEFORE REQUEST

A. TITLE NAME : _**PCT HCE**_                      B. APPT TYP : ___
C. DEPT : __    D. DIVISION, BUREAU, INSTITUTION : _ _    E. P/R NO : ___
F. ACCOUNT NUMBER : ___ ___ ___ __ __ _____   G. POS NO : _____
        ORG  FUND  PROG  OBJ  CC  PA      EXT
H. TITLE CODE : _____   RNGE CODE: ____  I. ANNIV : ____  J. STEP : __   K. TYPE OF SVC : _
L. BASE : _____  M. EXTRA : _____  N. TOTAL : _____   O. COMP METHOD : _
P. PERM TITLE : _____   Q. DATE OF HIRE : _____                        R. UNIT : _

PMIS APPROVED
                    LEAVE OF ABSENCE DATA (09)
LEAVE REASON CODE **006**  DESC : _**Personal Illness**_
1. TIME PERIOD-WP : FROM : _____  THRU : _____  HALF DAY: _
3. TIME PERIOD-WOP : FROM : **9/6/05**  THRU : **11/4/05**  HALF DAY: _
4. STIPEND AMOUNT : _____  5. SALARY PERCENTAGE : __

                    RETURN FROM LEAVE DATA (10)
1. LEAVE RETURN DATE : _____  2. COMP METH : _  3. NEW ANNIV DATE: ____

                    AGGREGATE LEAVE DATA (11)
1. AGGREGATE NUMBER OF LEAVE OF ABSENCE DAYS : __   2. NEW ANNIV DATE: ____
3. DATES - FROM : _____  THRU : _____

                    - SIGNATURES -
EMPLOYEE _____
PERSONNEL OFFICER _____
APPOINTING AUTHORITY/APPROVAL OFFICER _**C. Print**_
SUPERVISOR _____
FUNDING AUTHORITY _____

DEFENDANT'S EXHIBIT 25

ATKINSON PERS 13

DPF-531 Revised 2-87

# EXHIBIT 26

OF ABSENCE MAINTENANCE REQUEST FORM

LEAVE REQ NO 501849

RETURN REQ NO 501981

LEAVE REQUEST DATE ___

RETURN REQUEST DATE ___

___ LEAVE OF ABSENCE (09)     ___ AGGREGATE LEAVE OF ABSENCE (11)

___ RETURN FROM LEAVE (10)

SSN 8754-6131     EMPLOYEE NAME  Atkinson Phyllis

LAST          FIRST         MI    TITLE

## EMPLOYEE STATUS BEFORE REQUEST

A. TITLE NAME : PCT HCC

C. DEPT :

D. DIVISION, BUREAU, INSTITUTION : _ _

F. ACCOUNT NUMBER : ___ ___ ___ ___ ___
ORG FUND PROG OBJ CC PA 2/98 EXT

H. TITLE CODE : ___     RNGE CODE: ___     I. ANNIV 2/98 J. STEP : ___

L. BASE : ___     M. EXTRA : ___     N. TOTAL: ___

P. PERM TITLE : ___     Q. DATE OF HIRE : ___

B. APPT TYP : ___
E. P/R NO : ___
G. POS NO : ___
K. TYPE OF SVC :
O. COMP METHOD :
R. UNIT : __

## LEAVE OF ABSENCE DATA (09)

1. LEAVE REASON CODE  PMIS APPROVED 006 DESC : Personal Illness
TIME PERIOD=WP ___ FROM : ___ THRU : ___ HALF DAY:
TIME PERIOD=WOP 3/5/05 FROM : 5/21/00 THRU : 5/31/05 HALF DAY:
4. STIPEND AMOUNT : ___     5. SALARY PERCENTAGE : __

## RETURN FROM LEAVE DATA (10)

63 Days

1. LEAVE RETURN DATE : 6/1/00     2. COMP METH : PMIS APPROVED     3. NEW ANNIV DATE: 8/98

## AGGREGATE LEAVE DATA (11)

1. AGGREGATE NUMBER OF LEAVE OF ABSENCE DAYS : __     2. NEW ANNIV DATE: ___

3. DATES - FROM : ___     THRU : ___

## - SIGNATURES -

EMPLOYEE ___
PERSONNEL OFFICER ___
APPOINTING AUTHORITY/APPROVAL OFFICER  C. Reut
SUPERVISOR ___
DING AUTHORITY ___

DPF-531 Revised 2-87

ATKINSON PERS 17

DEFENDANTS EXHIBIT 26 10-28-07 TD

# EXHIBIT 27

Rev 01/0

TO THE EMPLOYEES

OF

THE DEPARTMENT OF HUMAN SERVICES

The purpose of the Disciplinary Action Booklet is to help department supervisors meet their managerial responsibilities and to advise all employees of the Department's standards for on-the-job performance. The Table of Offenses and Penalties, as well as the Corrective Steps Procedure at the end of the Booklet, should be closely reviewed.

Each Institution and Agency has an Employee Relations Office with staff available to answer questions and provide information relative to the administration of ADMINISTRATIVE ORDER 4:08.

It is important that all supervisors and employees *review* and understand the contents of the Disciplinary Action Booklet. This will ensure that all of us are working within the same clear, stated guidelines and rules, and will, in turn, lead to the expectation of fair and consistent treatment within this framework.

Atkinson NJDC Policies 30

# ADMINISTRATIVE ORDER 4:08

## DEPARTMENT OF HUMAN SERVICES

EFFECTIVE DATE   January 1, 1981

DATE ISSUED   December 1, 1980

SUBJECT:   DISCIPLINARY ACTION POLICIES AND RESPONSIBILITIES

This ADMINISTRATIVE ORDER establishes policies and responsibilities for the employee disciplinary action function within the Department.

I.   REPORTING TO THE DEPUTY COMMISSIONER, THE DIRECTOR OF EMPLOYEE RELATIONS CARRIES THE FOLLOWING RESPONSIBILITIES:

A.   To direct the administration and application of this ADMINISTRATIVE ORDER.

B.   To compose, promulgate and direct the administration and application of a series of directives for the administration of the disciplinary process for all employees within the Department.

C.   To prepare DEPARTMENT OF HUMAN SERVICES TABLE OF OFFENSES AND PENALTIES with the necessary explanations and directions to implementation and application, which upon acceptance would be considered a part of this ADMINISTRATIVE ORDER.

D.   To establish a system to post-audit disciplinary actions.

E.   To act as the Department representative in all matters of employee discipline.

F.   To evaluate employee relations training needs and in cooperation with the Department's Training Officer initiate measures to meet those needs.

II.   RESPONSIBILITIES OF DEPARTMENT APPOINTING AUTHORITIES:

A.   To assure compliance with this ADMINISTRATIVE ORDER and any directives for the administration of the disciplinary process for all employees.

B.   To designate an individual responsible for the administration of the disciplinary process.

C.   To bring to the attention of the Director of Employee Relations any significant problems related to the disciplinary process.

-2-

---

# ADMINISTRATIVE ORDER 4:08
## Supplement 1

## DEPARTMENT OF HUMAN SERVICES

EFFECTIVE DATE:   January 1, 1981

DATE ISSUED:   December 1, 1980

SUBJECT:   TABLE OF OFFENSES AND PENALTIES AND THEIR APPLICATION

The attached TABLE OF OFFENSES AND PENALTIES accepted and incorporated in this SUPPLEMENT to ADMINISTRATIVE ORDER 4:08 represent the Department's policies of corrective discipline, a progressive range of penalties for a specific type of offense, and the consideration of appropriate and demonstrable mitigating factors.

All penalties imposed must be within the range of penalties set forth in the TABLE for the particular type of offense and the number of the infraction, unless consideration of mitigating factors would cause the penalty to be deemed inappropriate. Mitigating factors can be length of service, disciplinary record, or other legitimate reasons.

The TABLE OF OFFENSES AND PENALTIES indicates where corrective steps of counseling, oral warnings and written warnings may be taken in lieu of disciplinary action. A record of corrective steps taken is to be made and maintained by the appropriate supervisor and the employee is to be offered a copy of that record. The record of a corrective step is not to be placed in the employee's official personnel file, unless such is used in determining the penalty for a subsequent offense of the same nature. If appropriate, a prior offense which resulted in a corrective step being initiated must be considered when computing the number of the infraction of a subsequent like offense.

The TABLE does not reflect the disciplinary action of "fines." *Fines can be instituted as substitution for suspensions or to have an employee make restitution to the State for lost, destroyed, or damaged property.

-3-

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min. — Max. | | 2nd INFRACTION Min. — Max. | | 3rd INFRACTION Min. — Max. | | 4th INFRACTION Min. — Max. | | 5th INFRACTION Min. — Max. | |
|---|---|---|---|---|---|---|---|---|---|---|
| **A. ATTENDANCE** | | | | | | | | | | |
| 1. Absent from work as scheduled without permission and without giving proper notice of intended absence | WW | OR | OR | R | R | | | | | |
| 2. Absent from work as scheduled without permission but with giving proper notice of intended absence. | C | WW | WW | OR | OR | R | R | | | |
| 3. Abandonment of job as a result of absence from work as scheduled without permission for five (5) consecutive days. | 1 | R | | | | | | | | |
| 4. Chronic or excessive absenteeism from work without pay | C | WW | WW | OR | OR | R | R | | | |
| 5. Unreasonable failure to report delay in reporting to work as scheduled. | C | WW | WW | OR | OR | R | R | | | |
| 6. Unreasonable excuse for lateness of less than fifteen (15) minutes | C | OW | OW | WW | WW | OR | OR | R | R | |

KEY  C  = Counseling
OW = Oral Warning
WW = Written Warning

OR — Official Reprimand
d   = Number of Working Days Suspension
D  — Demotion
R  = Removal

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min. — Max. | | 2nd INFRACTION Min. — Max. | | 3rd INFRACTION Min. — Max. | | 4th INFRACTION Min. — Max. | | 5th INFRACTION Min. — Max. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7. Repetitive or neglectful lateness of less than fifteen (15) minutes with a reasonable excuse | C | OW | OW | WW | WW | OR | OR | R | R | |
| 8. Unreasonable excuse for lateness more than fifteen (15) minutes | C | WW | WW | OR | OR | R | R | | | |
| 9. Abuse of sick leave | WW | OR | OR | 10d | 10d | R | R | | | |
| 10. Refusal or failure to work overtime without a reasonable excuse | C | OR | OR | 3d | 3d | 10d | 10d | R | R | |
| 11. Leaving assigned work area without permission but not creating a danger to persons or property | C | 5d | 5d | R | R | | | | | |
| 12. Leaving assigned work area without permission creating a danger to persons or property. | 5d | R | R | | | | | | | |
| **B. PERFORMANCE** | | | | | | | | | | |
| 1. Neglect of duty, loafing, idleness or willful failure to devote attention to tasks which would not result in causing a danger to persons or property. | C | WW | WW | OR | OR | R | R | | | |

KEY  C  — Counseling
OW  — Oral Warning
WW — Written Warning

OR — Official Reprimand
d   = Number of Working Days Suspension
D  = Demotion
R  = Removal

Atkinson NJDC Policies 32

ADMINISTRATIVE ORDER, 4.08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | | 1st INFRACTION Min. — Max. | 2nd INFRACTION Min. — Max. | 3rd INFRACTION Min. — Max. | 4th INFRACTION Min. — Max. | 5th INFRACTION Min. — Max. |
|---|---|---|---|---|---|---|
| 2 Neglect of duty, loafing, idleness or willful failure to devote attention to tasks which could result in danger to persons or property | | 5d — R | R | | | |
| 3 Sleeping while on duty | 2 | 5d — R | R | | | |
| 4 Failure or excessive delay in carrying out an order which would not result in danger to persons or property | | C — OR | OR — 10d | 10d — R | R | |
| 5 Failure or excessive delay in carrying out an order which could result in danger to persons or property. | | 5d — R | R | | | |
| 6 Serious mistake due to carelessness but not resulting in danger to persons or property | | C — OR | OR — R | R | | |
| 7 Serious mistake due to carelessness which would result in danger and/or injury to persons or property | | OR — R | R | | | |

KEY C = Counselling    OR = Official Reprimand
OW = Oral Warning    d = Number of Working Days Suspension
WW = Written Warning    D = Demotion
    R = Removal

ADMINISTRATIVE ORDER, 4.08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | | 1st INFRACTION Min. — Max. | 2nd INFRACTION Min. — Max. | 3rd INFRACTION Min. — Max. | 4th INFRACTION Min. — Max. | 5th INFRACTION Min. — Max. |
|---|---|---|---|---|---|---|
| 8 Unsatisfactory performance rating | | C — R/D | R/D | | | |
| 9 Incompetency or inefficiency | | C — R/D | OR — R/D | R/D | | |
| 10 Inability to discharge one's duty due to mental or physical incapacity. | | R/D | | | | |
| C. PERSONAL CONDUCT 1. Reporting to work unfit for duty | | C — WW | WW — OR | OR — R | R | |
| 2 Selling or possession of alcoholic beverages or controlled dangerous substances while on State property | | R | | | | |
| 3 Physical or mental abuse of a patient, client, resident or employee | 3 | R | | | | |
| 4. Verbal abuse of a patient, client, resident or employee | | 10d — R | R | | | |

KEY C = Counselling    OR = Official Reprimand
OW = Oral Warning    d = Number of Working Days Suspension
WW = Written Warning    D = Demotion
    R = Removal

ADMINISTRATIVE ORDER 4.08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min | Max | 2nd INFRACTION Min | Max | 3rd INFRACTION Min | Max | 4th INFRACTION Min | Max | 5th INFRACTION Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 5. Inappropriate physical contact or mistreatment of a patient, client, resident or employee. | OR | R | R | | | | | | | |
| 6. Unlawfully betting or gambling or promotion thereof on State property. | OR | 10d | 10d | R | R | | | | | |
| 7. Fighting or creating a disturbance on State property | OR | R | R | | | | | | | |
| 8. Falsification intentional misstatement of material fact in connection with work, employment, application, attendance or in any record, report investigation or other proceeding | C | R | R | | | | | | | |
| 9. Insubordination: intentional disobedience or refusal to accept a reasonable order assaulting or resisting authority, disrespect or use of insulting or abusive language to supervisor | C | R | 5d | R | R | | | | | |
| 10. Divulging confidential information without proper authority | C | R | R | | | | | | | |

KEY  C  – Counselling    OR = Official Reprimand
OW – Oral Warning    d  = Number of Working Days Suspension
WW = Written Warning    D  = Demotion
R  = Removal

ADMINISTRATIVE ORDER 4.08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min | Max | 2nd INFRACTION Min | Max | 3rd INFRACTION Min | Max | 4th INFRACTION Min | Max | 5th INFRACTION Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 11. Any improper conduct which violates common decency | 30d | R | R | | | | | | | |
| 12. Continual use of obscene language | C | OR | OR | 5d | 5d | R | R | | | |
| 13. Actual or attempted theft of State property or equipment or the property of other employees, residents, clients or patients | 1d | R | R | | | | | | | |
| 14. Willful damage to State property or the property of other employees, residents, clients or patients | 1d | R | R | | | | | | | |
| 15. Unacceptable personal appearance or unhygienic personal habits which jeopardize the health of employees residents clients or patients | C | OR | 1d | 3d | 5d | 15d | 15d | R | R | |
| 16. Notoriously disgraceful conduct | 30d | R | R | | | | | | | |
| 17. Misappropriation of funds | | R | | | | | | | | |
| 18. Unauthorized possession of contraband on State property | OR | 5d | 5d | R | R | | | | | |

KEY  C  – Counselling    OR = Official Reprimand
OW – Oral Warning    d  = Number of Working Days Suspension
WW – Written Warning    D  = Demotion
R  = Removal

ADMINISTRATIVE ORDER 4:08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min. – Max. | | 2nd INFRACTION Min. – Max. | | 3rd INFRACTION Min. – Max. | | 4th INFRACTION Min. – Max. | | 5th INFRACTION Min. – Max. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19  Conviction of criminal offense | R | | | | | | | | | |
| 20  Discourtesy to public visitors, patients, residents or clients | OR | 1d | 1d | 10d | R | | | | | |
| 21  Vending, soliciting, or collecting a contribution on State property without authorization | C | 5d | 5d | R | R | | | | | |
| 22  Religious proselytizing of patients, clients or residents. | OR | 5d | 5d | R | R | | | | | |
| 23  Distribution of written or printed matter on premises without authorization | WW | 5d | 5d | 10d | R | | | | | |
| 24  Posting or removal of any matter on bulletin boards or State property without authorization | WW | 5d | 5d | 10d | R | | | | | |
| 25  Threatening, intimidating, coercing or interfering with fellow employees on State property. | OR | R | 3d | R | R | | | | | |

KEY  C  – Counselling          OR  :  Official Reprimand
     OW  – Oral Warning         d   :  Number of Working Days Suspension
     WW  – Written Warning       D   –  Demotion
                                 R   :  Removal

ADMINISTRATIVE ORDER. 4:08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min. – Max. | | 2nd INFRACTION Min. – Max. | | 3rd INFRACTION Min. – Max. | | 4th INFRACTION Min. – Max. | | 5th INFRACTION Min. – Max. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26  Willful violation of any of the provisions of the Civil Service statutes, rules or regulations | C | 5d | 5d | R | R | | | | | |
| 27  Engaging in any form of political activity during working hours | C | R | R | | | | | | | |
| 28  The use or attempt to use one's authority or official influence to control or modify the political view of any person | R | | | | | | | | | |
| D.  SAFETY AND SECURITY PRECAUTIONS | | | | | | | | | | |
| 1  Negligence in performing duty resulting in injury to persons or damage to property | 5d | R | R | | | | | | | |
| 2  Negligently contributing to an elopement or escape | 5d | R | R | | | | | | | |
| 3  Willfully contributing to an elopement or escape | R | | | | | | | | | |
| 4  Improper or unauthorized conduct with inmate work details | C | 5d | 5d | R | R | | | | | |

KEY  C  – Counselling          OR  =  Official Reprimand
     OW  – Oral Warning         d   :  Number of Working Days Suspension
     WW  :  Written Warning       D   :  Demotion
                                 R   =  Removal

Atkinson NJDC Policies 35

ADMINISTRATIVE ORDER 4.08
Supplement 1

## ABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min. — Max. | | 2nd INFRACTION Min. — Max. | | 3rd INFRACTION Min. — Max. | | 4th INFRACTION Min. — Max. | | 5th INFRACTION Min. — Max. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5  Failure to report loss of keys, equipment or articles | | OR | 1d | R | R | | | | | |
| 6  Loss or careless control of keys | OR | 5d | 5d | 10d | 10d | R | R | | | |
| 7  Violation of administrative procedures and/or regulations involving safety and security | OR | R | 5d | R | 10d | R | R | | | |
| 8  Unlawful possession of firearms or other weapon on State property | | R | | | | | | | | |
| 9  Failure to report injury abuse or accident involving patient, resident or client | 1d | 5d | 5d | 10d | 10d | R | R | | | |
| 10  Violation of traffic laws while operating a State vehicle | C | 1d | 1d | 5d | 10d | R | R | | | |
| 11  Use of State vehicle for unauthorized or unofficial purposes | C | 3d | 3d | 10d | 10d | R | R | | | |
| 12  Failure to observe parking regulations on State premises | C | WW | WW | OR | OR | 5d | 5d | 20d | | |

KEY: C  - Counselling        OR  - Official Reprimand
OW  - Oral Warning        d  - Number of Working Days Suspension
WW  = Written Warning      D  - Demotion
                          R  - Removal

ADMINISTRATIVE ORDER. 4.08
Supplement 1

## TABLE OF OFFENSES AND PENALTIES

| TYPES OF OFFENSES | 1st INFRACTION Min. — Max. | | 2nd INFRACTION Min. — Max. | | 3rd INFRACTION Min. — Max. | | 4th INFRACTION Min. — Max. | | 5th INFRACTION Min. — Max. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13  Engaging in horseplay, running. scuffling or throwing things | C | 3d | 3d | 5a | 5d | 10d | R | | | |
| 14  Engaging in sabotage or espionage | | R | | | | | | | | |
| 15  Entering restricted areas without specific permission | OR | 2d | 2d | R | R | | | | | |
| 16  Failure to use safety devices | OR | 1d | 1d | 5d | 5d | R | R | | | |
| 17  Engaging in financial transactions between employees, patients, residents or inmates | OR | 2d | 2d | R | R | | | | | |
| 18  Failure to report communicable disease | 5 | OR | R | R | | | | | | |
| E  GENERAL | | | | | | | | | | |
| 1  Violation of a rule, regulation, policy, procedure, order or administrative decision | C | R | 5d | R | R | | | | | |
| 2  Intentional abuse or misuse of authority or position | C | R | 5d | R | R | | | | | |

KEY  C  - Counselling        OR  = Official Reprimand
OW  - Oral Warning        d  = Number of Working Days Suspension
WW  - Written Warning      D  - Demotion
                          R  - Removal

Atkinson NJDC Policies 36

# EXHIBIT 28

## North Jersey Developmental Center
### Request for Approval of Leave of Absence Due to Illness

Name: _Phyllis Atkinson_     Title: _PCT_
Center Dept./Unit: _I    HCC_     Shift: _9:15 - 5:15._

---

**EMPLOYEE INFORMATION:**

**REASON FOR LEAVE:** ☑ Personal Illness   ☐ Maternity   ☐ Family Member

☐ Family Leave

_Phyllis Atkinson_
Print Full Name/Relationship

**REQUESTED LEAVE:** ☑ Continuous   ☐ Intermittent (Family Leave only - 6 months at any given time)

I understand that if I require time beyond the period indicated below, I am required to submit both another request for an extended leave of absence and a medical certificate.

Employee Signature: _(signature)_     Date: _11/04/05_

All approved leave requests will be applied against Family Leave, providing the eligibility requirements are met.

---

**PRACTITIONER MEDICAL CERTIFICATION:**

Date of office visit:  Month `[1 | 1]`  Day `[0 | 4]`  Year `[0 | 5]`

Please specify duration of absence:  Month `[1 | 1]` Day `[0 | 4]` Year `[0 | 5]` thru  Month `[0 | 1]` Day `[0 | 6]` Year `[0 | 6]`

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLEASE REFER TO CONDITION GUIDELINES ON REVERSE SIDE.**

Please check the appropriate box for employee's condition: ☐ Hospital Care

**Absence Plus Treatment:** ☐ Treatment of 2 or 3 times  ☐ Continuous treatment

**Chronic Condition:** ☑ Periodic visits  ☑ Continue over extended period of time  ☐ Episodic condition

☐ Long term condition requiring supervision  ☐ Exposure to contagious disease

ICD CODE: _____    _Depression._

Extent of disability:  ☐ PERMANENT    ☑ TEMPORARY

If pregnancy disability:    Expected date of delivery  Month `[ | ]` Day `[ | ]` Year `[ | | ]`

Approved to work until   Month `[ | ]` Day `[ | ]` Year `[ | | ]`

Practitioner Signature: _(signature)_   Print Name: _Robert Wagner_   Date: _11/4/05._

Office Address: _220 Hamburg Turnpike, Wayne NJ_     Phone# _973-942-4778_

DEFENDANT'S EXHIBIT

ATKINSON PERS 209

# EXHIBIT 29



new jersey division of pensions and benefits
## pensions and benefits information connection

### DIVISION OF PENSIONS AND BENEFITS

### ESTIMATE OF RETIREMENT BENEFITS

### June 08, 2007

### PHYLLIS ATKINSON

### RE:   02-0568406

This *Estimate of Retirement Benefits* was prepared based on the following information:

| | | | |
|---|---|---|---|
| Retirement Date: | 09/01/2007 | Type of Retirement: | EARLY |
| Service Termination Date: | 08/31/2007 | Date of Birth: | 08/17/1956 |
| Pension Membership Credit as of Termination Date: | 25 years 3 months | Nearest age at Retirement*: | 51 |
| | | Salary used in calculation: | $ 38,318.56 |
| Your Beneficiary: | TERRANCE L ATKINSON | Beneficiary's Date of Birth: | 03/20/1976 |

\* If your age at retirement is under 55, the benefit calculation below includes a reduction of 1/4 of 1% for each month you are under the age of 55. There is no reduction if retiring on a disability retirement.

### PENSION Payment Options at Retirement

| Payment Option (You may choose only one.) | Annual Benefit | Monthly Benefit | Your Beneficiary's Benefit |
|---|---|---|---|
| **Maximum Option** | $ 15,480.60 | $ 1,290.05 | No benefit payable to a beneficiary. |
| **Option A** | $ 12,384.48 | $ 1,032.04 | $ 1,032.04 per month upon your death. |
| **Option B** | $ 13,003.68 | $ 1,083.64 | $ 812.73 per month upon your death. |
| **Option C** | $ 13,700.28 | $ 1,141.69 | $ 570.84 per month upon your death. |
| **Option D** | $ 14,814.96 | $ 1,234.58 | $ 308.64 per month upon your death. |
| **Option 1** | $ 15,449.64 | $ 1,287.47 | $ 162,546.30 reduced each month by $ 1,287.47. |
| **Option 2** | $ 12,539.28 | $ 1,044.94 | $ 1,044.94 per month upon your death. |
| **Option 3** | $ 13,777.68 | $ 1,148.14 | $ 574.07 per month upon your death. |
| **Option 4** | N/A | | None requested |
| Life Insurance after Retirement: | $ 7,711.62 | Life insurance available for conversion: | $ 115,674.45 |

ATKINSON PERS 134

# EXHIBIT 30



# NORTH JERSEY DEVELOPMENTAL CENTER

DATE: 12/05/03

To: PHYLLIS ATKINSON
PO BOX 961
PATERSON, NJ 07544

RE: INTERMITTENT FMLA APPROVAL

THIS IS TO ADVISE YOU THAT YOUR REQUEST FOR INTERMITTENT ABSENCES FOR Care of Son.
HAS BEEN APPROVED FOR THE PERIOD 10/30/03  THROUGH 4/30/04.

CENTER CALL-IN PROCEDURES MUST BE FOLLOWED WHEN YOU WILL BE ABSENT FROM WORK DUE TO
THE USE OF INTERMITTENT FAMILY LEAVE (refer to policy R-47).

IN ORDER TO BE CREDITED FOR USE OF FMLA AT THE TIME OF CALL-IN, PLEASE STATE THAT THE ABSENCE
IS FOR FMLA, WHO THE ABSENCE IS FOR, AND IF NOT FOR THE EMPLOYEE, THE NAME OF THE FAMILY
MEMBER AND THEIR RELATIONSHIP TO THE EMPLOYEE..

The Family and Medical Leave Act (FMLA) requires employers to provide up to 12 weeks of leave. Any absence
will be counted against you FMLA entitlement.

Intermittent leaves of absence are approved for up to six (6) months and requests must be submitted for
extensions.

FOR YOUR INFORMATION: An employee failing to provide the necessary documentation for unauthorized absences
shall be held to have resigned not in good standing under Civil Service Rule: 4A:2-62. We would consider this letter to
have served as sufficient notice.

If the leave is for an illness, a fully completed medical certificate is required. You may wish to use the enclosed form for
this purpose. Your request will receive careful consideration and you will be notified as to whether or not your continued
absences will be approved.

7003 0500 0004 6834
1197

C: Payroll
   Timekeeping
   Work Unit
   Employee File

OFFICE OF PERSONNEL SERVICES



ATKINSON PERS 242