PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendant,
  North Jersey Developmental Center


By:     David Yi
        Deputy Attorney General
        (609) 292-9989
        david.yi@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| PHYLLIS ATKINSON, | : | HONORABLE PETER G. SHERIDAN |
| | : | United States District Judge |
| Plaintiff, | : | |
| | : | Civil Action No. 06-5485 (PGS) |
| v. | : | |
| | : | |
| NORTH JERSEY DEVELOPMENTAL CENTER, | : | <u>Civil Action</u> |
| | : | |
| | : | **CERTIFICATE OF SERVICE** |
| Defendant | : | |
| | : | |
| | : | |

      I, David Yi, Deputy Attorney General, of full age, do hereby certify that Notice of Defendant's Motion for Summary Judgment, together with supporting Brief, Certification of David Yi, form of Order and Certification of Service were electronically filed with the Clerk of the United States District Court and that copies have been sent by UPS overnight delivery to the following:

      Phyllis Atkinson, Pro Se
      317 E. 30th Street
      Paterson, NJ 07504

   I further certify that the foregoing statements made by me are true.  I understand that if any of the foregoing statements are willfully false, I may be subject to penalty.

          By: s/David Yi
             David Yi
             Deputy Attorney General

Dated: May 21, 2010