PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendant,
   North Jersey Developmental Center


By:     David Yi
        Deputy Attorney General
        (609) 292-9989
        david.yi@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| PHYLLIS ATKINSON, | : | HONORABLE PETER G. SHERIDAN |
| | : | United States District Judge |
| Plaintiff, | : | |
| | : | Civil Action No. 06-5485 (PGS) |
| v. | : | |
| | : | |
| NORTH JERSEY DEVELOPMENTAL | : | **Civil Action** |
| CENTER, | : | |
| | : | **NOTICE OF DEFENDANT'S MOTION** |
| Defendant | : | **FOR SUMMARY JUDGMENT** |
| | : | |
| | : | |

This matter having been opened to the court by Paula T. Dow, Attorney General of the State

of New Jersey, by David Yi, Deputy Attorney General, appearing, attorney for Defendant North

Jersey Developmental Center, and the Court having considered the papers submitted in support

herein, and for good cause shown;

IT IS on this _____ day of _____, 2010;

ORDERED that Defendant's Motion for Summary Judgment is hereby granted, and Plaintiffs' Complaint is hereby dismissed, with prejudice; and

IT IS FURTHER ORDERED that a copy of the within Order be served on all parties within seven (7) days

_____

HON. PETER G. SHERIDAN, U.S.D.J.

This motion was

_____ opposed

_____ unopposed