PHYLLIS ATKINSON, PRO SE
317 East 30 Street
Paterson, New Jersey 07504

By: Phyllis Atkinson
Pro se, Plaintiff
(973) 460-0382

RECEIVED

AUG -2 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| PHYLLIS ATKINSON : | |
| : | Hon. Peter G. Sheridan |
| : | United States District Judge |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 06-5485 (PGS) |
| vs. : | |
| : | **CERTIFICATION OF PHYLLIS** |
| NORTH JERSEY : | **ATKINSON, PRO SE** |
| DEVELOPMENTAL CENTER and : | |
| CAROLE WOLKE : | |
| Defendant. : | |

I, Phyllis Atkinson, Pro See plaintiff, of full age, do hereby certifies that copies of my Brief in opposition to Defendant's Motion for Summary Judgment, Affidavit of Phyllis Atkinson, Counter Statement of Facts and Certification of Phyllis Atkinson and Certification of Service were sent are being Hand Delivered to the following:

David Yi, Esquire
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112

Clerk of the United States Supreme Court
Clerk of United States District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse,
402 E. State Street, Trenton, New Jersey 08608

Judge Esther Salas
J.M.L. King Jr. Federal Bldg. & U.S. Courthouse,
50 Walnut Street
Newark, New Jersey 07102

                                    Respectfully submitted,

                                By: _____
                                      Phyllis Atkinson

August 2, 2010