PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendant,
  North Jersey Developmental Center


By:    David Yi
       Deputy Attorney General
       (609) 292-9989
       david.yi@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| PHYLLIS ATKINSON, | : | HONORABLE PETER G. SHERIDAN |
| | : | United States District Judge |
| Plaintiff, | : | |
| | : | Civil Action No. 06-5485 (PGS) |
| v. | : | |
| | : | |
| NORTH JERSEY DEVELOPMENTAL CENTER, | : | **Civil Action** |
| | : | |
| | : | **CERTIFICATE OF SERVICE** |
| Defendant | : | |
| | : | |
| | : | |

   I, David Yi, Deputy Attorney General, of full age, do hereby certify that

Defendant's Reply Brief to Plaintiff's Opposition to Defendant's Motion for Summary

Judgment, Defendant's Reply to Plaintiff's Counter-Statement of Facts and Additional Facts,

Certificate of Service, were electronically filed with the Clerk of the United States District Court

and that copies have been sent by UPS overnight delivery to the following:

        Phyllis Atkinson, Pro Se
        317 E. 30th Street
        Paterson, NJ 07504

I further certify that the foregoing statements made by me are true.  I understand that if any of the foregoing statements are willfully false, I may be subject to penalty.

                                        By:   s/David Yi
                                                 David Yi
                                                 Deputy Attorney General

Dated: May 21, 2010