PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendant,
  North Jersey Developmental Center


By:   David Yi
      Deputy Attorney General
      (609) 292-9989
      david.yi@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK


| | | |
|---|---|---|
| PHYLLIS ATKINSON, | : | HONORABLE PETER G. SHERIDAN |
| | : | United States District Judge |
| Plaintiff, | : | |
| | : | Civil Action No. 06-5485 (PGS) |
| v. | : | |
| | : | |
| NORTH JERSEY DEVELOPMENTAL CENTER, | : | **Civil Action** |
| | : | |
| | : | **REVISED CERTIFICATION** |
| Defendant | : | **OF SERVICE** |
| | : | |
| | : | |

I, David Yi, Deputy Attorney General, of full age, do hereby certify as follows:

1) Defendant's Reply Brief to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Defendant's Reply to Plaintiff's Counter-Statement of Facts and Additional Facts, and Certificate of Service, were electronically filed with the Clerk of the United States District Court on August 27, 2010.

2) On the same date, copies of the above-specified documents were sent by UPS overnight delivery to Plaintiff at the following address:

        Phyllis Atkinson, Pro Se
        317 E. 30th Street
        Paterson, NJ 07504

3)  The Certificate of Service filed and served on August 27, 2010, was erroneously dated May 21, 2010. This Revised Certification of Service has been filed on the date shown below to correct the previous error. A copy of this document has also been forwarded to Plaintiff Phyllis Atkinson, at the address shown above, by regular mail.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I may be subject to punishment.

        s/David Yi
        David Yi
        Deputy Attorney General

Dated: August 30, 2010