NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHYLLIS ATKINSON,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTH JERSEY DEVELOPMENTAL CENTER,<br><br>          Defendant. | Civil Action No.: 06-5485 (PGS)<br><br><br><br>**ORDER** |

This matter comes before the Court on Defendant North Jersey Developmental Center's ("Defendant") motion for summary judgment ("Defendant's Motion for Summary Judgment"). The Court, having reviewed the parties' submissions, having heard oral argument, and for the reasons set forth in the accompanying Opinion;

IT IS on this 5th day of October 2010,

ORDERED that Defendant's Motion for Summary Judgment (Docket Entry 64) is granted.

_____

PETER G. SHERIDAN, U.S.D.J.