LAW OFFICE OF FRED SHAHROOZ SCAMPATO, PC
445 East Broad Street
Westfield, New Jersey 07090
(908) 301-9095
*Attorney for Plaintiff/Appellant*
*Phyllis Atkinson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------X
PHYLLIS ATKINSON,                   :   Civil Action No.:
                                        06-5485 (PGS)
        Plaintiff,                  :

    - v. -                          :

NORTH JERSEY DEVELOPMENTAL CENTER   :

        Defendant.                  :
------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Phyllis Atkinson, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from an order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's claim of retaliation under Title VII and her discrimination claim under Title VII, entered in this action on October 5, 2010.

                    LAW OFFICE OF FRED SHAHROOZ SCAMPATO, P.C.
                    *Attorney for Appellant, Phyllis Atkinson*

Dated: November 1, 2010     By: _____
                                Fred Shahrooz Scampato, Esq