# Fred Shahrooz Scampato
## Attorney At Law

445 East Broad Street-2nd Floor  
Westfield, NJ 07090  
www.njlaborlaw.com

Telephone: (908) 301-9095  
FAX: (908) 301-9790  
Email: Scampato@aol.com

November 1, 2010

**Via Hand Delivery**

Clerk, United States District Court  
District of New Jersey  
M. L. King, Jr. Federal Building & U.S. Courthouse  
50 Walnut Street  
Newark, New Jersey 07102

RE:   **Phyllis Atkinson vs. North Jersey Developmental Center**  
        **Civil Action No.: 06-5485 (PGS)**

Dear Sir or Madam:

Enclosed please find an original and ten (10) copies of plaintiff/appellant Phyllis Atkinson's Notice of Appeal, together with a check in the amount of $455.00 as the filing fee.

Kindly file the original and provide a "filed" copy to our messenger.

Thank you for your time and consideration.

Very truly yours,

Fred Shahrooz Scampato, Esquire  
FSS/ga  
Encs.